CO-386-online
10/03

# United States District Court
# For the District of Columbia

Milton Mills, M.D., Rashid Gholson, Hua-Wei Cherng, Norma Humphries, Lynette Garner, Darrell Bransome, Paul Miller, Glenda Costner, Sybil Harold, Elizabeth Russell, for themselves and on behalf of all other District of Columbia residents similarly situated, )
)
)
)
)
                                       Plaintiff  )         Civil Action No._____
                  VS                              )
                                                  )
Giant of Maryland, LLC, Safeway Inc., Horizon Organic, Dean Foods Co., Nestle Holdings, Inc., Farmland Dairies, LLC, Shenandoah's Pride, LLC, Stonyfield Farm, Inc., Cloverland Farms Dairy, Inc., )
)
)
)
                                       Defendant  )

### CERTIFICATE RULE LCvR 7.1

I, the undersigned, counsel of record for  __Giant of Maryland, LLC__  certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of  __Giant of Maryland, LLC__  which have any outstanding securities in the hands of the public:

ROYAL AHOLD KONINKLIJKE AHOLD N.V.

These representations are made in order that judges of this court may determine the need for recusal.

Attorney of Record

_[signature]_
Signature

331728
BAR IDENTIFICATION NO.

Steven J. Rosenbaum
Print Name

1201 Pennsylvania Ave., NW
Address

Washington D.C. 20004
City          State          Zip Code

202-662-6000
Phone Number