CO-386-online
10/03

# United States District Court
# For the District of Columbia

Milton Mills, M.D., Rashid Gholson, Hua-Wei Cherng, Norma Humphries, Lynette Garner, Darrell Bransome, Paul Miller, Glenda Costner, Sybil Harold, Elizabeth Russell, for themselves and on behalf of all other District of Columbia residents similarly situated, )
)
)
)
)
)            Plaintiff          )       Civil Action No._____
            VS                  )
                                )
Giant of Maryland, LLC, Safeway, Inc., Horizon Organic, )
Dean Foods Co., Nestle Holdings, Inc., Farmland Dairies, )
LLC, Shenandoah's Pride, LLC, Stonyfield Farm, Inc., )
Cloverland Farms Dairy, Inc., )
                                )
            Defendant           )

### CERTIFICATE RULE LCvR 7.1

I, the undersigned, counsel of record for __Shenandoah's Pride, LLC__ certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of __Shenandoah's Pride, LLC__ which have any outstanding securities in the hands of the public:

Dean Foods Company

These representations are made in order that judges of this court may determine the need for recusal.

Attorney of Record

_signature_
Signature

331728
BAR IDENTIFICATION NO.

Steven J. Rosenbaum
Print Name

1201 Pennsylvania Ave., NW
Address

Washington D.C. 20004
City           State        Zip Code

202-662-6000
Phone Number