CO-386-online
10/03

# United States District Court
# For the District of Columbia

Milton Mills, M.D., Rashid Gholson, Hua-Wei Cherng, Norma )
Humphries, Lynette Garner, Darrell Bransome, Paul Miller, Glenda )
Costner, Sybil Harold, Elizabeth Russell, for themselves and on )
behalf of all other District of Columbia residents similarly situated, )
)
                                Plaintiff )      Civil Action No. 05-cv-2211 (HHK)
               vs )
)
Giant of Maryland, LLC, Safeway, Inc., Horizon Organic, )
Dean Foods Co., Nestle Holdings, Inc., Farmland Dairies, )
LLC, Shenandoah's Pride, LLC, Stonyfield Farm, Inc., )
Cloverland Farms Dairy, Inc., )
)
                               Defendant )

## CERTIFICATE RULE LCvR 7.1

I, the undersigned, counsel of record for __Farmland Dairies, Inc.__ certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of __Farmland Dairies, Inc.__ which have any outstanding securities in the hands of the public:

None

These representations are made in order that judges of this court may determine the need for recusal.

Attorney of Record

_(signature)_
Signature

331728
BAR IDENTIFICATION NO.

Steven J. Rosenbaum
Print Name

1201 Pennsylvania Ave., NW
Address

Washington   D.C.   20004
City         State   Zip Code

202-662-6000
Phone Number