IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MILTON MILLS, M.D., RASHID GHOLSON, HUA-WEI CHERNG, NORMA HUMPHRIES, LYNETTE GARNER, DARRELL BRANSOME, PAUL MILLER, GLENDA COSTNER, SYBIL HAROLD, ELIZABETH RUSSELL, for themselves and on behalf of all other District of Columbia residents similarly situated, | Case No.: 05-CV-2211 (HHK) |
| Plaintiffs, | **DEFENDANTS' MOTION TO DISMSS** |
| v. | |
| GIANT OF MARYLAND, LLC, | |
| SAFEWAY INC., 5918 Stoneridge Mall Road Pleasanton, CA 94588-1034 925-467-3000 | |
| HORIZON ORGANIC, 6311 Horizon Lane, Suite 201 Longmont, CO 80503 303-530-2711 | |
| DEAN FOODS CO., | |
| NESTLE HOLDINGS, INC., 383 Main Ave., 5th Floor Norwalk, CT 06851 203-750-7210 | |
| FARMLAND DAIRIES, LLC, 520 Main Ave. Wallington, NJ 07057 973-777-2500 | |
| SHENANDOAH'S PRIDE, LLC, STONYFIELD FARM, INC., CLOVERLAND FARMS DAIRY, INC., | |
| Defendants. | |

**DEFENDANTS' MOTION TO DISMISS**

Defendants Giant of Maryland, LLC, Safeway Inc., Horizon Organic Holding Corp., Dean Foods Co, Nestle Holdings, Inc., Farmland Dairies, LLC, Shenandoah's Pride, LLC, and Stonyfield Farm, Inc. ("Defendants") hereby move this Court to Dismiss Plaintiffs' Complaint, on six independent grounds. First, the warning labels plaintiffs request are preempted by the express preemption provisions of the Federal Food, Drug and Cosmetics Act ("FD&C Act"). Second, plaintiffs' warnings are preempted because they stand as an obstacle to the accomplishment and execution of the full purposes and objectives of Congress with respect to dairy consumption and the avoidance of excessive consumer warnings. Third, even if plaintiffs' claims were not preempted, the doctrine of primary jurisdiction dictates that they be referred for disposition by the federal agency tasked with determining appropriate food labeling, the Federal Food and Drug Administration. Fourth, plaintiffs have failed to state a valid common law claim for failure to warn. Fifth, the named plaintiffs have not stated a proper claim for injunctive relief. Sixth, the relief plaintiffs seek would violate the D.C. Home Rule Act. Defendants have filed simultaneously herewith their Memorandum of Law in support of this Motion to Dismiss.

Respectfully Submitted,

/s/ Steven J. Rosenbaum
Steven J. Rosenbaum (D.C. Bar No. 331728)
Derron J. Blakely (D.C. Bar No. 483733)
Nadia I. Shihata (D.C. Bar No. 493448)
COVINGTON & BURLING
1201 Pennsylvania Ave., N.W.
Washington, D.C. 20004
(202) 662-6000

Attorneys for Defendants Giant Of Maryland, LLC, Safeway Inc., Horizon Organic Holding Corporation, Dean Foods Company, Nestle Holdings, Inc., Farmland Dairies, LLC, Shenandoah's Pride, LLC, and Stonyfield Farm, Inc.

DATED: November 21, 2005

Case 1:05-cv-02211-HHK   Document 10   Filed 11/21/2005   Page 4 of 4