Case 1:05-cv-02211-HHK   Document 10-2   Filed 11/21/2005   Page 1 of 1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MILTON MILLS, M.D., RASHID GHOLSON, HUA-WEI CHERNG, NORMA HUMPHRIES, LYNETTE GARNER, DARRELL BRANSOME, PAUL MILLER, GLENDA COSTNER, SYBIL HAROLD, ELIZABETH RUSSELL, for themselves and on behalf of all other District of Columbia residents similarly situated,<br><br>    Plaintiffs,<br><br>  v.<br><br>GIANT OF MARYLAND, LLC, SAFEWAY INC., HORIZON ORGANIC, DEAN FOODS CO., NESTLE HOLDINGS, INC., FARMLAND DAIRIES, LLC, SHENANDOAH'S PRIDE, LLC, STONYFIELD FARM, INC., CLOVERLAND FARMS DAIRY, INC.,<br><br>    Defendants. | Case No.: 05-CV-2211 (HHK)<br><br>PROPOSED ORDER |

## PROPOSED ORDER

The matter is before the Court on Defendants' Motion to Dismiss.  Upon consideration of Defendants' Motion to Dismiss, and all Memoranda in Support or Opposition thereto, and for the reasons stated in Defendants' Memorandum in Support of the motion,

It is hereby **ORDERED** that Defendants' Motion to Dismiss is **GRANTED**.

It is further **ORDERED** that Plaintiffs' Complaint is **DISMISSED WITH PREJUDICE**.


DATED:_____        _____
                                   The Hon. Judge Henry H. Kennedy, Jr.