**CERTIFICATE OF SERVICE**

     I, Nadia I. Shihata, hereby certify that on this date I caused true and correct copies of DEFENDANTS' MOTION TO DISMISS and DEFENDANTS' MEMORANDUM OF LAW IN SUPPORT THEREOF, to be served via the CM/ECF system (where applicable) and by first class mail, postage prepaid, upon the following individuals:

> Bernard J. DiMuro, Esq.
> Jonathan R. Mook, Esq.
> John M. Tran, Esq.
> Hillary J. Collyer, Esq.
> DiMuro Ginsberg, P.C.
> 908 King Street, Suite 200
> Alexandria, VA 22314
> **Counsel for Plaintiffs**
>
> Daniel Kinburn, Esq.
> Karen Williams, Esq.
> Physician's Committee for
>   Responsible Medicine
> 5100 Wisconsin Ave., NW
> Washington, DC 20016
> **Counsel for Plaintiffs**
>
> Geoffrey S. Gavitt, Esq.
> Gavitt and Datt, P.C.
> 15850 Crabbs Branch Way
> Suite 180
> Rockville, MD 20855-2622
> **Counsel for Defendant Cloverland Farms Dairy, Inc.**

Dated: November 21, 2005

                                                    /s/ Nadia Shihata
                                                    Nadia I. Shihata
                                                    Covington & Burling
                                                    1201 Pennsylvania Ave., NW
                                                    Washington, DC 20004
                                                    (202) 662-6000