IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MILTON MILLS, M.D., RASHID GHOLSON, HUA-WEI CHERNG, NORMA HUMPHRIES, LYNETTE GARNER, DARRELL BRANSOME, PAUL MILLER, GLENDA COSTNER, SYBIL HAROLD, ELIZABETH RUSSELL, for themselves and on behalf of all other District of Columbia residents similarly situated,<br><br>              Plaintiffs,<br><br>              v.<br><br>GIANT OF MARYLAND, LLC, SAFEWAY INC., HORIZON ORGANIC, DEAN FOODS CO., NESTLE HOLDINGS, INC., FARMLAND DAIRIES, LLC, SHENANDOAH'S PRIDE, LLC, STONYFIELD FARM, INC., CLOVERLAND FARMS DAIRY, INC.,<br><br>              Defendants. | Case No.: 05-CV-2211 (HHK)<br><br>**Declaration of R. Douglas Rhoads** |

## DECLARATION OF R. DOUGLAS RHOADS

I, R. Douglas Rhoads, declare as follows:

1. I am the Vice President of Operations for the security and investigations firm of Manual, Daniels, and Burke International, LLC (MDB).

2. MDB specializes in investigative, security, due diligence, and training services to business, financial, and legal professionals.

3. I have been employed with MDB for four years. Prior to joining MDB, I was the Captain of Operations in the Albemarle County Police Department for six years where I directed and supervised the investigations of subordinate officers. In addition, I served as a Special Agent with the Federal Bureau of Investigation for 26 years overseeing bureau operations and sensitive casework in Texas, Virginia, and Washington, D.C., as well as various national investigations and administrative programs. In total, I have 34 years experience in law enforcement and related fields, including investigative services.

4. I was asked to locate and review documents related to the nature and composition of the organization known as the Physician's Committee for Responsible Medicine ("PCRM"). I personally supervised, directed, and participated in this review. Each of the documents that we reviewed was available in the public domain or from the organizations identified as the creators of the document.

5. I make this declaration to the best of my personal knowledge.

6. Based on my review of the attached Exhibits, and as discussed below, PCRM is an animal rights organization devoted to stopping the human use of animals and animal products, both as foods and in medical research. For example, a PCRM Press Release, dated Jan. 12, 2005 states: "The [federal dietary] guidelines should specifically recommend Americans avoid meat, dairy, and fish." A copy of this Press Release is Exhibit A hereto. Similarly, PCRM's website has numerous pages devoted to the elimination of all animal testing and experimentation. PCRM states on this page that it "advocates alternatives to harming animals for educational or research purposes. We have worked to put a stop to gruesome experiments, and to promote nonanimal methods in medical education." A copy of this webpage is Exhibit B hereto.

7. The American Medical Association ("AMA") House of Delegates has passed a resolution stating as follows: "RESOLVED, That the American Medical Association register strong objections to the Physicians Committee for Responsible Medicine for implying that physicians who support the use of animals in biomedical research are irresponsible, for misrepresenting the critical role animals play in research and teaching, and for obscuring the overwhelming support for such research which exists among practicing physicians in the United States." A copy of the AMA resolution is Exhibit C hereto. This resolution was reaffirmed in 2000. A copy of this resolution is Exhibit D hereto.

8. The AMA has also written a letter to PCRM president Neal Barnard, M.D. stating: "the American Medical Association calls upon the Physicians Committee for Responsible Medicine to immediately terminate the inappropriate and unethical tactics your organization uses to manipulate public opinion." A copy of the AMA letter is Exhibit E hereto.

9. A February 2004 article in the publication Newsweek stated that PCRM has fewer the 5% physician members. A copy of this article is Exhibit F hereto.

10. In 2002, Dr. Barnard wrote a letter on PCRM letterhead to Senator Charles Schumer in reaction to his proposal to put milk in every public school vending machine. Dr. Barnard and PCRM claimed in this letter that milk causes juvenile diabetes, asthma, ear infections, and prostate cancer. A copy of this letter is attached as Exhibit G hereto.

11. In 2003 testimony before a Food and Drug Administration panel, Dr. Barnard stated that cheese is addictive, stating that cheese is "dairy crack" and "heroin on a cracker." A video excerpt of Dr. Barnard's comments is attached as Exhibit H hereto.

12. Jerry Vlasak has been listed in several official PCRM publications and press releases as: "PCRM's Jerry Vlasak," "PCRM Physician Jerry Vlasak," "PCRM surgeon Jerry Vlasak," "Jerry Vlasak, a PCRM spokesperson" and "representing PCRM, Jerry Vlasak." Copies of these press releases are attached as Exhibit I.

13. Jerry Vlasak was listed in the Final Program of the 2003 Animal Rights National Conference as a "Selected Presenter" appearing on behalf of PCRM. A copy of the 2003 program is Exhibit J hereto. Dr. Vlasak made the following statements in his August 3, 2003 speech to that 2003 Animal Rights National Conference:

> "I think there is a use for violence in our movement. And I think that it can be an effective strategy. Not only is it morally acceptable, I think that there are places where it could be used quite effectively from a pragmatic standpoint.
>
> "For instance, If vivisectors [*i.e.*, those using animals in their medical research] were routinely being killed, I think it would give other vivisectors pause in what they were doing in their work -- and if these vivisectors were being targeted for assassination, and call it political assassination or what have you, I think if -- and I wouldn't pick some guy way down the totem pole, but if there were prominent vivisectors being assassinated, I think that there would be a trickle-down effect and many, many people who are lower on that totem pole would say, 'I'm not going to get into this business because it's a very dangerous business and there's other things I can do with my life that don't involve getting into a dangerous business.' And I think that the -- strictly from a fear and intimidation factor, that would be an effective tactic.
>
> "And I don't think you'd have to kill -- assassinate -- too many vivisectors before you would see a marked decrease in the amount of vivisection going on. And I think for 5 lives, 10 lives, 15 human lives, we could save a million, 2 million, 10 million non-human lives.
>
> "And I, you know -- people get all excited about, 'Oh, what's going to happen when -- if the ALF [Animal Liberation Front] accidentally kills somebody in an arson?' Well, I think we need to get used to this idea. It's going to happen, okay? It's going to happen."
>
> *Female audience member: "That's just like the pro-life movement killing abortion doctors."*
>
> "Absolutely. I think they had a great strategy going."

An audio recording of these statements is Exhibit K hereto.

14. On October 12 2004, Dr. Vlasak appeared by video hookup on the Australian Television show "Insight." Dr. Vlasak reaffirmed his previous position regarding the assassination of researchers in the following exchange with Jenny Brockie, the host of the television program:

> JENNY BROCKIE: How far are you prepared to go though, because you've been quoted as saying, I think, five lives, 10 lives, 15 human lives would save 1 million, 2 million, 10 million non-human lives. And you've also said that violence is a morally acceptable tactic, and that it might be useful in the struggle for animal liberation. Do you stand by all that?
>
> JERRY VLASAK: I do stand by all that. If you look at historically, at all the struggles against oppression, whether it was against apartheid in South Africa, slavery here in America, other struggles in Northern Ireland, Ireland, Iraq, Vietnam - everywhere that there's been struggles against oppression and for liberation, violence has been used. And, by the way, they are using violence on their side all the time. They are using violence in laboratories where they kill all these animals in slow tortuous ways, and they are using violence against animal rights campaigners. At least a dozen animal rights campaigners have been killed by the animal abusers, but yet no-one seems to be talking about that.
>
> JENNY BROCKIE: So would you take a human life to save an animal life, is this what you are saying?
>
> JERRY VLASAK: I am not saying that's never going to happen.
>
> JENNY BROCKIE: That's pretty close to what you said in the quote.
>
> JERRY VLASAK: Would I advocate taking five guilty vivisector's lives to save hundreds of millions of innocent animal lives? Yes, I would.

A video recording of these statements is Exhibit L hereto.

15. Dr. Vlasak in his speech to the 2003 Animal Rights National Conference stated that "we need to get used to this idea" of the ALF [Animal Liberation Front]'s "accidentally kill[ing] somebody in an arson" -- "It's going to happen." Exhibit F. The ALF was described as follows in recent testimony of the FBI's Deputy Assistant Director, Counterterrorism Division, before the Senate Committee on Environment and Public Works on May 18, 2005:

> One of today's most serious domestic terrorism threats come from special interest extremist movements such as the Animal Liberation Front (ALF), the Earth Liberation Front (ELF), and Stop Huntingdon Animal Cruelty (SHAC) campaign. Adherents to these movements aim to resolve specific issues by using criminal "direct action" against individuals or companies believed to be abusing or exploiting animals or the environment.

> "Direct action" is often criminal activity that destroys property or causes economic loss to a targeted company. Traditional targets have ranged from, but have not been limited to, research laboratories to restaurants, fur farmers to forestry services. Extremists have used arson, bombings, theft, animal releases, vandalism, and office takeovers to achieve their goals.

A copy of this FBI congressional statement is Exhibit M hereto.

16. In addition to ALF, another terrorist group referenced in this FBI congressional testimony is Stop Huntingdon Animal Cruelty ("SHAC"). *Id.* "Huntingdon" refers to Huntingdon Life Sciences, a British medical research firm with U.S. facilities.

17. The President of PCRM is Neal Barnard. Dr. Barnard co-signed a letter, on PCRM letterhead, with SHAC's President, one Kevin Kjonaas. A copy of the joint PCRM-SHAC letter is Exhibit N hereto. Mr. Kjonaas previously served as a spokesman for ALF, the other terrorist group referenced in the FBI congressional testimony. Mr. Kjonaas' deposition testimony to that effect, in a case captioned *Marilyn Dugan, et al v. Stop Huntingdon Animal Cruelty, et al*, Circuit Court of Cook County Illinois Case No. 02008079, is Exhibit O at 55-56.

18. The joint Barnard-Kjonaas letters on PCRM's letterhead on behalf of PCRM and SHAC opposed animal testing. As a California appellate court recently stated that, a few months prior to the date of this PCRM-SHAC joint mailing--

> SHAC USA's Web site published "tactics" animal rights activists have used against HLS [Huntingdon Life Sciences] employees, including physical violence and threats of violence. In March 2001 the Web site contained an entry titled "From the Research Defense Society of the UK." The entry listed "tactics [that] have been used by animal rights extremists campaigning against HLS and similar companies in the last three years." The entry noted that "[r]epeated use of several tactics against one individual is not unusual." The list contained such tactics as "[d]emonstrations at your home or place of work, including verbal abuse using a loudhailer," "[c]haining gates shut or blocking gates with old cars to trap staff on site," "[p]hysical assaults on yourself and your partner, including spraying cleaning fluid into your eyes," "[s]mashing all the windows in your home when your family is home," "[s]ledghammer attack on your car - while you are still inside it," "[f]irebombing your car in your drive, firebombing sheds and garages," "[b]omb hoaxes requiring evacuation of premises," "[t]hreatening telephone calls and letters (threats to kill or injure you, your partner and children)," and "[a]rranging for the undertaker to call to collect your body." At the bottom of this entry, SHAC USA wrote: *"Editors' Note: Now don't get any funny ideas, folks."*

*Huntingdon Life Sciences, Inc. v. Stop Huntingdon Animal Cruelty USA, Inc.*, 129 Cal. App. 4th 1228, 29 Cal. Rptr. 3d 521, 540-41 (2005).

19. On October 9, 2002, Mr. Kevin Kjonaas, the co-author of the letters with PCRM President Bernard, was deposed in the case captioned *Marilyn Dugan, et al v. Stop Huntingdon Animal Cruelty, et al*, Circuit Court of Cook County Illinois Case No. 02008079. A copy of the relevant portion of this deposition is Exhibit O hereto. In this deposition, Mr. Kjonaas described ALF as

   > [A]utonomous cells of anonymous people that choose to break the law to free animals from exploitation or to damage the mechanisms of abuse.

   *Id.* at 59. In the same deposition, Mr. Kjonaas stated that SHAC publicly supports ALF's direct actions, in writing, giving speeches, and selling T-shirts displaying ALF support slogans. *Id.* at 166.

20. On May 26, 2004, the U.S. Department of Justice announced the indictment of SHAC, Mr. Kjonaas and others:

   > A militant animal rights organization and seven of its members have been charged in a federal indictment - and all were arrested today - in connection with their campaign to terrorize officers, employees and shareholders of a company that used animals for laboratory research and testing.
   >
   > The stated goal of Stop Huntingdon Animal Cruelty (SHAC) was to drive Huntingdon Life Sciences (HLS), a publicly traded company based in East Millstone, N.J., out of business by encouraging its members and others to "operate outside the confines of the legal system," according to the Indictment. Among other methods, SHAC recommended "direct actions" that included its "top 20 terror tactics" to intimidate and harass and to destroy personal and real property, as described on its websites.

   Copies of the press announcement and the indictment are attached as Exhibit P hereto.

21. The individual who took (indicted) Kevin Kjonaas' place as President of (indicted) SHAC is Pamelyn Ferdin. Ms. Ferdin's sworn declaration to this effect is Exhibit Q hereto. On information and belief, Ms. Ferdin is the wife of Jerry Vlasak -- the PCRM spokesman/representative who advocates the assassination of medical researchers.

22. Ms. Ferdin also has her own direct connection to PCRM. Exhibit R hereto is, on information and belief, a business card Ms. Ferdin used in 2004. This business card lists "PCRM--Physicians Committee for Responsible Medicine" as her affiliation, and lists her email address as being "[name]@pcrm.org." This is in fact PCRM's Website and email address, *see* www.pcrm.org. In addition, Ms. Ferdin has been listed in an official PCRM publication as "PCRM's Pamelyn

Ferdin" (more specifically, "PCRM's Jerry Vlasak, M.D., and Pamelyn Ferdin, R.N."). A copy of the PCRM publication is Exhibit S hereto.

23. In June 2005, PCRM solicited plaintiffs to participate in the present lawsuit. PCRM placed advertisements in the Washington D.C. Metrorail system stating that persons with lactose intolerance "may have grounds for a lawsuit." A copy of PCRM's press release launching the advertising campaign is attached as Exhibit T hereto.

24. PCRM also set-up a website to solicit plaintiffs for this case. The website, entitled "Milk Makes Me Sick," states that "the Physicians Committee for Responsible Medicine intends to file suit against dairy producers on behalf of D.C. residents who are lactose intolerant. In addition to seeking compensation for those who have been harmed, the lawsuit will seek a court order mandating that warning labels about lactose intolerance be placed on all milk sold in the District of Columbia." A copy of the webpage is attached as Exhibit U hereto.

I declare under penalty of perjury that the forgoing is true and correct to the best of my knowledge and belief.

Executed in Alexandria, VA, on the 18th day of November, 2005.

R. Douglas Rhoads