IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MILTON MILLS, M.D., RASHID GHOLSON, HUA-WEI CHERNG, NORMA HUMPHRIES, LYNETTE GARNER, DARRELL BRANSOME, PAUL MILLER, GLENDA COSTNER, SYBIL HAROLD, ELIZABETH RUSSELL, for themselves and on behalf of all other District of Columbia residents similarly situated, | Case No.: 05-CV-2211 (HHK) |
| Plaintiffs, | **Declaration of R. Douglas Rhoads** |
| v. | |
| GIANT OF MARYLAND, LLC, SAFEWAY INC., HORIZON ORGANIC, DEAN FOODS CO., NESTLE HOLDINGS, INC., FARMLAND DAIRIES, LLC, SHENANDOAH'S PRIDE, LLC, STONYFIELD FARM, INC., CLOVERLAND FARMS DAIRY, INC., | |
| Defendants. | |

**EXHIBIT A**

PCRM Physicians Committee for Responsible Medicine - News Release



News

Medic

Backg

Exper

PSAs

Artwo

Media

Comn

Subsc

Conta

Home

Other

## News Release Archive 2005

2004 | 2003 | 2002 | 2001| 2000

**New Dietary Guidelines Guaranteed to Make Americans Fat**

NEWS RELEASE                          January 12, 2005

PCRM Physicians Committee for Responsible Medicine

# New Dietary Guidelines Do Little to Stem Rising Rates of Obesity, Diabetes, Heart Disease, and Diet-Related Cancers, Says PCRM

### *PCRM Nutritionists Available for Interview, Comment*

**CONTACT:**
Howard White
202-686-2210, ext. 339
hwhite@pcrm.org

**PCRM NEWS RELEASE ARCHIVE**

**MAIL OPTIONS:**

Subscribe to PCRM's news release distribution list

Unsubscribe from PCRM's news release distribution list

WASHINGTON—New federal Dietary Guidelines issued today by the U.S. Department of Agriculture will not only fail to stem our nation's rising rates of obesity, diabetes, heart disease and cancer, but are, in fact, guaranteed to make Americans fatter and less healthy, says Neal Barnard, M.D., president of the Physicians Committee for Responsible Medicine (PCRM).

"The USDA must take the Big Meat, Big Sugar, and Big Dairy industries' money and influence out of the guidelines process," said Barnard. "We need to start talking the real problems and real solutions." Among them:

- Fatty foods, including meat and dairy products, as well as sugary foods are also high-calorie foods. They contribute to our growing obesity problems and to the rising rates of diabetes.
- Meat consumption, particularly red meat consumption, increases the risk of colon and other colorectal cancers.
- Dairy products—milk, yogurt, cheese, and ice cream—up your risk of developing ovarian and prostate cancer.
- Meat and dairy products, because of their high saturated fat content, make it more likely that you will develop heart disease or suffer from a stroke.
- Mercury and other toxins contained in the nation's fish supply are proven carcinogens and teratogens. That is, they cause cancer and birth defects. Their dangers far outweigh the benefits of consuming

PCRM Physicians Committee for Responsible Medicine - News Release

them for their omega-3 fatty acids as recommended under the new
guidelines.
- Low-fat, high-fiber diets built on whole foods from plant sources—
  vegetables, whole grains, legumes, and fruit—are the healthiest.
- The guidelines should specifically recommend Americans avoid meat,
  dairy, and fish.

Finally, says Barnard, if the government wants to get serious about reducing
obesity and the incidence of chronic disease in the United States, it has to
offer hard-and-fast recommendations that everyone can understand and
follow. "The 2005 guidelines are essentially so vague as to be meaningless,"
he says.

To arrange an interview with PCRM president and nutrition researcher Neal
Barnard, M.D., or other PCRM nutritionists, please contact Howard White at
202-686-2210, ext. 339, or hwhite@pcrm.org.

*Founded in 1985, the Physicians Committee for Responsible Medicine is a
nonprofit health organization that promotes preventive medicine, especially good
nutrition. PCRM also conducts clinical research studies, opposes unethical human
experimentation, and promotes alternatives to animal research.*

### ###

Physicians Committee for Responsible Medicine
5100 Wisconsin Ave., N.W., Ste. 400, Washington, DC 20016
Phone: 202-686-2210 | Email: pcrm@pcrm.org

<< NIH to Investigate           | Archive Index |           Meat & Cancer--Major
Animal Cruelty Charges                                       Study: PCRM Calls for
Against Ohio State                                           Widespread Action >>
University

**Search** This list's archives

[            ]    [ Search ]

PCRM's News Release Distribution List

**Subscribe** to News Release Distribution List:

⦿ Subscribe | ○ Unsubscribe
[            ]    [ Submit ]

Powered by Dada Mail 2.8.13
Copyright © 1999-2004, Simoni Creative.

PCRM Physicians Committee for Responsible Medicine - News Release

Media Center | Health | Research | About PCRM | Catalog | Join Us | Search | Home

The site does not provide medical or legal advice.
This Web site is for information purposes only. Full Disclaimer

Physicians Committee for Responsible Medicine
5100 Wisconsin Ave., N.W., Ste. 400, Washington, DC 20016

Phone: 202-686-2210
Email: pcrm@pcrm.org

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

MILTON MILLS, M.D., RASHID GHOLSON,
HUA-WEI CHERNG, NORMA HUMPHRIES,
LYNETTE GARNER, DARRELL
BRANSOME, PAUL MILLER, GLENDA
COSTNER, SYBIL HAROLD, ELIZABETH
RUSSELL, for themselves and on behalf of all other
District of Columbia residents similarly
situated,

|                       | Case No.: 05-CV-2211 (HHK) |
|:---|:---|

Plaintiffs,

v.

**Declaration of R. Douglas Rhoads**

GIANT OF MARYLAND, LLC, SAFEWAY
INC., HORIZON ORGANIC, DEAN FOODS
CO., NESTLE HOLDINGS, INC.,
FARMLAND DAIRIES, LLC,
SHENANDOAH'S PRIDE, LLC,
STONYFIELD FARM, INC., CLOVERLAND
FARMS DAIRY, INC.,

Defendants.

## EXHIBIT B

Case 1:05-cv-02211-HHK    Document 11-3    Filed 11/21/2005    Page 6 of 61

PCRM

| MEDIA CENTER | | | | |

SHOP    GIVE

Physicians Committee for Responsible Medicine

Human Research

Humane Charities

Medical Education

Animal Experiments

Home

Search:

[        ] go



# Animal Experimentation Issues

PCRM advocates alternatives to harming animals for educational or research purposes. We have worked to put a stop to gruesome experiments, and to promote nonanimal methods in medical education.

Alternatives to animal research can provide more precise, cost-effective, and humane answers to human health questions and educational needs. For an introduction, start here: Understanding Claims about Animal Experiments.

## ACTION ALERTS

Help put a stop to senseless animal experiments and live animal labs.

- **Two Ways to Stop Animal Experiments Funded by the March of Dimes**: Help put a stop to the senseless, disturbing animal experiments funded by the March of Dimes. Learn what you can do.
- **Ask Duke to End Pig Exercises**: Duke is the ONLY top ten medical school in the United States where students still train with and kill live animals—even though cheaper, more useful, and more humane alternatives exist. Learn what you can do.
- **Help Stop Inhumane Spinal Cord Classes at OSU**: Ohio State University researchers plan to teach students how to injure the spinal cords of rats and mice. Your help is urgently needed.

## HPV CHEMICAL TESTING PROGRAM

The EPA program calls for crude animal tests on thousands of chemicals, yet will not actually protect the public.

## BEYOND ANIMAL RESEARCH

By Jonathan Balcombe, Ph.D.

- Chimeras: Beyond our Moral Depth? (August 2005)
- Confining Rodents in Laboratory Cages Has Troubling Consequences (July 2005)
- A Stunning Waste of Pigs (June 2005)
- Spinal Cord Injury Experiments on Animals (May 2005)
- Migraine Research, Part II (April 2005)
- Migraine Research, Part I (March 2005)
- Motion Sickness Research on Animals (February 2005)
- The Guinea Pigs Deserve a Hearing (January 2005)
- 2004 Archive

## FACT SHEETS

- Animal Care and Use Committees
- Birth Defects Research: Why Animal Experiments

Other PCRM Sites

Case 1:05-cv-02211-HHK    Document 11-3    Filed 11/21/2005    Page 7 of 61

- Analysis of the HPV Challenge: Industry Violations and EPA Negligence
- Testimony on High Production Volume Chemical Tests to the House Subcommittee on Energy and the Environment by Neal Barnard, M.D.
- The Availability of HPV Chemical Data: *A Comprehensive Report*
- The High Production Volume (HPV) Chemical Testing Program: *A Toxic Blunder*

**REPORTS & PUBLISHED STUDIES**

- Priorities for Research in Spinal Cord Injury
- The Failure of Animal Tests of Cox-2 Inhibitors (PDF) By John J. Pippin, M.D., F.A.C.C
- Replacement Alternatives in Education: Animal-Free Teaching (abstract) Authors: Rooshin Dalal, Megha Even, Chad Sandusky, Neal Barnard
- Development of a Novel Diagnostic ELISA for Human Insulin Using Serum-Free Cell Culture (abstract) Megha S. Even, Chad B. Sandusky, Neal D. Barnard, Jehangir Mistry, Madhur K. Sinha
- Laboratory Routines Cause Animal Stress (abstract) By Jonathan Balcombe, Neal Barnard, and Chad Sandusky
- Strategies to Reduce Animal Testing in US EPA's HPV Program (abstract) Chad B. Sandusky, Megha Even, Kristie Stoick and Jessica Sandler
- The Future of Teratology is *In Vitro* (abstract) By Jarrod Bailey, Andrew Knight, and Jonathan Balcombe

*Are Not the Answer*

- Chimpanzees: *Test Results That Don't Apply to Humans*
- Conscientious Objection in the Classroom: *Colleges and Universities*
- Conscientious Objection in the Classroom: *Elementary and Secondary Schools*
- Cost Analysis of Dissection Versus Nonanimal Teaching Methods
- Dangerous Medicine: Examples of Animal-Based "Safety" Tests Gone Wrong
- Dissection Alternatives
- Inadequacy of the LD50 Test
- PCRM Position Paper on Animal Research
- Poliomyelitis
- Pound Seizure
- The Psychology of Abuse
- Rats: *Test Results That Don't Apply to Humans*
- Research Without Animals
- Your Right to Know: *Animal Experiments in Your Community*

**Related articles also appear in _Good Medicine_ magazine.**

Media Center | Health | Research | About PCRM | Catalog | Join Us | Search |

Site Index | Home

The site does not provide medical or legal advice. This Web site is for information purposes only.
Full Disclaimer | Privacy Policy

Physicians Committee for Responsible Medicine
5100 Wisconsin Ave., N.W., Ste. 400, Washington, DC 20016

Phone: 202-686-2210
Email: pcrm@pcrm.org

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

MILTON MILLS, M.D., RASHID GHOLSON,
HUA-WEI CHERNG, NORMA HUMPHRIES,
LYNETTE GARNER, DARRELL
BRANSOME, PAUL MILLER, GLENDA
COSTNER, SYBIL HAROLD, ELIZABETH
RUSSELL, for themselves and on behalf of all other
District of Columbia residents similarly
situated,

             Plaintiffs,

        v.

GIANT OF MARYLAND, LLC, SAFEWAY
INC., HORIZON ORGANIC, DEAN FOODS
CO., NESTLE HOLDINGS, INC.,
FARMLAND DAIRIES, LLC,
SHENANDOAH'S PRIDE, LLC,
STONYFIELD FARM, INC., CLOVERLAND
FARMS DAIRY, INC.,

             Defendants.

Case No.: 05-CV-2211 (HHK)

**Declaration of R. Douglas Rhoads**

**EXHIBIT C**

AMERICAN MEDICAL ASSOCIATION HOUSE OF DELEGATES

Resolution: 109
(A-90)

Introduced by:    California Delegation

Subject:          Physicians Committee for Responsible Medicine

Referred to:      Reference Committee E
                  (Charles D. Sherman, Jr., M. D., Chairman)

1   Whereas, The AMA strongly supports the responsible use of animals in biomedical re-
2   search which is consistent with and necessary to the responsible practice of medicine; and
3
4   Whereas, A recent survey of practicing physicians in the United States conducted by the
5   AMA reveals that 99 percent agree that animal experimentation has contributed to medical
6   progress, that 97 percent support the use of animals for basic research, that 97 percent sup-
7   port the use of animals for clinical research, that 96 percent support the use of animals for
8   drug testing, and that 93 percent support the use of animals for medical education; and
9
10  Whereas, When the results of the AMA survey are compared with the results of a similar
11  survey in 1948, it is shown that physicians' perceptions of the contribution of animal
12  research have not changed during the past 40 years; and
13
14  Whereas, The Physicians Committee for Responsible Medicine often speaks out against
15  the use of animals in research and erroneously reports that a "growing number" of physicians
16  question the continued need to use animals in research, and has supported a campaign of mis-
17  information against important animal research of AIDS and responsible animal users; and
18
19  Whereas, The name of Physicians Committee for Responsible Medicine implies that those
20  who disagree with its views are not in favor of responsible medicine; therefore be it
21
22  RESOLVED, That the American Medical Association register strong objections to the
23  Physicians Committee for Responsible Medicine for implying that physicians who support
24  the use of animals in biomedical research are irresponsible, for misrepresenting the critical
25  role animals play in research and teaching, and for obscuring the overwhelming support for
26  such research which exists among practicing physicians in the United States.

Fiscal Note:  No significant fiscal impact

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

MILTON MILLS, M.D., RASHID GHOLSON, HUA-WEI CHERNG, NORMA HUMPHRIES, LYNETTE GARNER, DARRELL BRANSOME, PAUL MILLER, GLENDA COSTNER, SYBIL HAROLD, ELIZABETH RUSSELL, for themselves and on behalf of all other District of Columbia residents similarly situated,

     Plaintiffs,

    v.

GIANT OF MARYLAND, LLC, SAFEWAY INC., HORIZON ORGANIC, DEAN FOODS CO., NESTLE HOLDINGS, INC., FARMLAND DAIRIES, LLC, SHENANDOAH'S PRIDE, LLC, STONYFIELD FARM, INC., CLOVERLAND FARMS DAIRY, INC.,

     Defendants.

Case No.: 05-CV-2211 (HHK)

**Declaration of R. Douglas Rhoads**

**EXHIBIT D**

Policy Finder - American Medical Association



Doctor Finder | Join/Renew | MyAMA | Site Map | Contact Us

Med School & Residency    About AMA

Home    Member Center    AMA Agenda    Newsroom    Professional Resources

Bookstore

AMA Home > PolicyFinder

Policy Finder
Search Tips
About AMA Policy
Download Policy Finder
Principles of Medical
Ethics
AMA Strategic Plan and
Vision
AMA History

# H-460.963 Physicians' Committee for Responsible Medicine

Our AMA registers strong objections to the Physicians Committee for Responsible Medicine for implying that physicians who support the use of animals in biomedical research are irresponsible, for misrepresenting the critical role animals play in research and teaching, and for obscuring the overwhelming support for such research which exists among practicing physicians in the United States. (Res. 109, A-90; Reaffirmed: Sunset Report, I-00)


prev / next
Policy number

**Search Tips** | **New Search**

© Copyright 1995-2005 American Medical Association. All rights reserved.

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MILTON MILLS, M.D., RASHID GHOLSON, HUA-WEI CHERNG, NORMA HUMPHRIES, LYNETTE GARNER, DARRELL BRANSOME, PAUL MILLER, GLENDA COSTNER, SYBIL HAROLD, ELIZABETH RUSSELL, for themselves and on behalf of all other District of Columbia residents similarly situated, | Case No.: 05-CV-2211 (HHK) |
| Plaintiffs, | |
| v. | **Declaration of R. Douglas Rhoads** |
| GIANT OF MARYLAND, LLC, SAFEWAY INC., HORIZON ORGANIC, DEAN FOODS CO., NESTLE HOLDINGS, INC., FARMLAND DAIRIES, LLC, SHENANDOAH'S PRIDE, LLC, STONYFIELD FARM, INC., CLOVERLAND FARMS DAIRY, INC., | |
| Defendants. | |

**EXHIBIT E**



AMERICAN MEDICAL ASSOCIATION

535 NORTH DEARBORN STREET · CHICAGO, ILLINOIS 60610 · PHONE (312) 645-5000 · TWZ 910-221-0300

JAMES S. TODD, M.D.
Executive Vice President

July 26, 1990

Neal Barnard, M.D.
President, Physicians Committee for
   Responsible Medicine
P.O. Box 6322
Washington, DC  20015

Dear Dr. Barnard:

   The Physicians Committee for Responsible Medicine (PCRM) occupies a prominent position among animal "rights" organizations speaking out against the use of animals in biomedical research.  Occasionally and often by implication, your organization purports to speak directly for a majority of physicians although your membership constitutes less than half of one percent of the total physician population in this country.  Even the name of your organization is misleading, especially in view of the fact that, according to your own admission, bonafide physicians constitute less than ten percent of your total membership.

   The general approach used by PCRM takes selective data and quotations, often out of context, to imply that experiments requiring animals are somehow inappropriate and are always cruel, inhumane and unnecessary.  In public statements PCRM ignores completely the paucity of information available on causes and treatment for a host of clinical problems including sudden infant death syndrome, arthritis, rheumatism, schizophrenia, lupus, manic-depressive illness, multiple sclerosis, Alzheimer's disease, various genetic disorders and many others.

   Surveys we have conducted on physician opinion about the use of animals in biomedical research and education refute completely public statements made by PCRM about the critical role animals play in the research process.  Physicians show overwhelming support for animal use in basic and clinical research, drug testing and medical education. The positions your organization promotes contribute to public confusion and misunderstanding about the medical research process.

July 25, 1990
Neal Barnard, M.D.
Page Two

In response to a Resolution passed unanimously at the recent AMA
House of Delegates meeting, the American Medical Association calls
upon the Physicians Committee for Responsible Medicine to immediately
terminate the inappropriate and unethical tactics your organization
uses to manipulate public opinion.  The Physicians Committee for
Responsible Medicine does not represent a substantive body of
physicians and your promotional materials and public statements should
so indicate.  We urge an immediate change in your tactics and
strategies.

Sincerely,

James S. Todd MD.

James S. Todd, M.D.

JST/ms

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MILTON MILLS, M.D., RASHID GHOLSON, HUA-WEI CHERNG, NORMA HUMPHRIES, LYNETTE GARNER, DARRELL BRANSOME, PAUL MILLER, GLENDA COSTNER, SYBIL HAROLD, ELIZABETH RUSSELL, for themselves and on behalf of all other District of Columbia residents similarly situated, | Case No.: 05-CV-2211 (HHK) |
| Plaintiffs, | **Declaration of R. Douglas Rhoads** |
| v. | |
| GIANT OF MARYLAND, LLC, SAFEWAY INC., HORIZON ORGANIC, DEAN FOODS CO., NESTLE HOLDINGS, INC., FARMLAND DAIRIES, LLC, SHENANDOAH'S PRIDE, LLC, STONYFIELD FARM, INC., CLOVERLAND FARMS DAIRY, INC., | |
| Defendants. | |

**EXHIBIT F**

**MSNBC.com**

# Atkins Under Attack

**The carb wars have gone guerrilla. Inside the release of the diet doc's medical info—and the group responsible**

**By Mary Carmichael**
Newsweek

Feb. 23 issue - Dr. Neal Barnard may come from a family of cattle ranchers, but he's got a beef against meat. Fo[r] 19 years, the founder of the Physicians Committee for Responsible Medicine has preached the virtues of veganism, accusing parents of "child abuse" if they feed their kids so much as a slice of bacon and calling the Atkins-diet logo, a red A, "the scarlet letter." PCRM is a sort of anti-Atkins foundation, with attention-grabbing press conferences and a list of patients who blame the meaty diet for their poor health. So it's no surprise that i[n] the carb war's latest skirmish, Barnard is the attacking general.

What is surprising, though, is PCRM's new battle strategy. Last week, after years of conventional scientific warfare, the group went guerrilla, leaking to The Wall Street Journal a copy of a New York City medical examiner's report on Dr. Robert Atkins's death from a fall last April. The report said the 6-foot Atkins weighed 258 pounds and had congestive heart failure, hypertension and an "MI": shorthand for a heart attack. One of his arteries was also blocked. Barnard says he knew his staff was talking to reporters, but claims he didn't expect th[e] Journal to publish the report. But by the next news cycle, Dr. Atkins was making as many headlines as he did when he died—less tactful papers were calling him "Dr. Fatkins."

The report is less sensational than the media frenzy suggested. There's no insinuation that Atkins's heart troubl[e] led to his death (despite the public speculation, of New York City Mayor Michael Bloomberg and others, that it was somehow involved). Dr. Stuart Trager, chair of the Atkins Physicians Council, says the "MI" is an inaccurate reference to Atkins's 2002 cardiac arrest, blamed on a rare viral condition. The weight in the report qualified Atkins as obese, but hospital records list a reported weight of 195 pounds. According to the report, his legs swelled during his eight-day coma. Swelling usually accounts for 10 or so pounds, but Dr. Keith Berkowitz— Atkins's internist and colleague, who was with him at the hospital—says he has seen coma patients gain 30 pounds in a day. Other doctors disagree, but he says "without a doubt" the extra pounds were largely water weight. And he adds that dieters should focus on science, not an individual's health—a point echoed even by do[ctors] who oppose low-carb diets.

The exposure of Atkins's death report by PCRM incenses his associates. Releasing data without patient or family consent may violate federal law, and the New York ME's office has complained to Nebraska authorities about Dr[.] Richard Fleming, a cardiologist from Omaha who obtained the report. (He is believed to have sent it to PCRM's headquarters.) For his part, Barnard says the Atkins Foundation put the diet guru up for grabs. "It's regrettable when someone's medical history goes public," he says. "But they exploited him for years as a poster child for cardiovascular health, and the truth was very different." Trager disagrees. "What they did reeks of vigilantism,[" ] he says. The matter of a lawsuit is up to Atkins's widow—but the foundation is watching Nebraska.

If Atkins's associates do sue PCRM, things could get a lot uglier. Less than 5 percent of PCRM's members are physicians. And Barnard has co-signed letters, on PCRM letterhead, with the leader of Stop Huntingdon Animal Cruelty, an animal-rights group the Department of Justice calls a "domestic terrorist threat." PCRM also has tie[s] to People for the Ethical Treatment of Animals. An agency called the Foundation to Support Animal Protection h[as] distributed money from PETA to PCRM in the past and, until very recently, did both groups' books. Barnard and PETA head Ingrid Newkirk are both on the foundation's board.

But Barnard insists "nobody with an IQ over room temperature" would think the group's stand against animal research influences its views on Atkins. "Our stance is the mainstream stance," he says. Many docs doubt the diet's safety, and though short-term studies appear favorable, there are no long-term studies. Barnard says the data—plus a few possibly related deaths and his own growing registry of patient complaints—convinced him th[at]

Case 1:05-cv-02211-HHK    Document 11-3    Filed 11/21/2005    Page 18 of 61

diet was dangerous. Some patients want to sue their doctors, and PCRM is "willing to provide information" to help, he says. The next battleground may be the courtroom.

© 2005 Newsweek, Inc.

© 2005 MSNBC.com

URL: http://www.msnbc.msn.com/id/4271856/

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MILTON MILLS, M.D., RASHID GHOLSON, HUA-WEI CHERNG, NORMA HUMPHRIES, LYNETTE GARNER, DARRELL BRANSOME, PAUL MILLER, GLENDA COSTNER, SYBIL HAROLD, ELIZABETH RUSSELL, for themselves and on behalf of all other District of Columbia residents similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>GIANT OF MARYLAND, LLC, SAFEWAY INC., HORIZON ORGANIC, DEAN FOODS CO., NESTLE HOLDINGS, INC., FARMLAND DAIRIES, LLC, SHENANDOAH'S PRIDE, LLC, STONYFIELD FARM, INC., CLOVERLAND FARMS DAIRY, INC.,<br><br>Defendants. | Case No.: 05-CV-2211 (HHK)<br><br><br>**Declaration of R. Douglas Rhoads** |

**EXHIBIT G**

# PCRM

PHYSICIANS
COMMITTEE                    5100 WISCONSIN AVENUE, NW • SUITE 404
FOR                          WASHINGTON, DC 20016
RESPONSIBLE                  (202) 686-2210   FAX: (202) 686-2216
MEDICINE                     WWW.PCRM.ORG

PRESIDENT

NEAL D. BARNARD, M.D.


ADVISORY BOARD

T. COLIN CAMPBELL, PH.D.
    CORNELL UNIVERSITY

CALDWELL B. ESSELSTYN, JR., M.D.
    THE CLEVELAND CLINIC

SUZANNE HAVALA, PH.D., R.D.
    THE VEGETARIAN RESOURCE
    GROUP

HENRY J. HEIMLICH, M.D., SC.D.
    THE HEIMLICH INSTITUTE

LAWRENCE KUSHI, SC.D.
    UNIVERSITY OF MINNESOTA

JOHN McDOUGALL, M.D.
    McDOUGALL PROGRAM, ST.
    HELENA HOSPITAL

VIRGINIA MESSINA, M.P.H., R.D.
    NUTRITION MATTERS, INC.

MILTON MILLS, M.D.
    WASHINGTON, D.C.

DEAN ORNISH, M.D.
    PREVENTIVE MEDICINE
    RESEARCH INSTITUTE

MYRIAM PARHAM, R.D., L.D., C.D.E.
    EAST PASCO MEDICAL CENTER

WILLIAM ROBERTS, M.D.
    BAYLOR CARDIOVASCULAR
    INSTITUTE

ANDREW WEIL, M.D.
    UNIVERSITY OF ARIZONA


AFFILIATIONS ARE LISTED FOR
IDENTIFICATION ONLY.

April 2, 2002

The Honorable Charles Schumer
U.S. Senate
313 Hart Senate Building
Washington, DC 20510-3201
*via facsimile*: 202-228-3027

Dear Senator Schumer:

I am writing to express the Physicians Committee for Responsible Medicine's (PCRM) deep concern over your proposal to put milk vending machines in school hallways. PCRM is a public interest health advocacy organization supported by more than 5,000 physicians and 100,000 laypersons. One of PCRM's primary missions is to educate others about the use of diet as a means of preventive medicine. While we truly appreciate your concern for children's health, you should be aware that an extensive body of research shows that consuming cow's milk is associated with several significant health risks, and efforts aimed at encouraging children to consume more of this product are definitely not in their best interests.

Children are weaned from their mothers—usually by age three—because they no longer need milk as a food source. And they definitely do not need nor should they consume cow's milk. Both clinical and epidemiological evidence show the significant harmful effects caused by the consumption of cow's milk before and after weaning and into adulthood. The following health issues are especially noteworthy:

**Diabetes mellitus**. A 1994 *American Academy of Pediatrics* review reported that at least 90 studies had examined the links between cow's milk consumption and type 1 diabetes and that avoidance of early dairy exposure might reduce the risk of this disease. Cow's milk proteins can cause the human body to produce antibodies, which are believed to damage the pancreas, leading to the development of type 1 diabetes. Clinical studies have borne this out, as have epidemiological studies of various countries, which show a strong correlation between the use of dairy products and the incidence of insulin-dependent diabetes.

**Obesity**. As recently reported by former Surgeon General David Satcher, unprecedented numbers of children are overweight and obese, increasing their long-term risk of heart disease, type 2 diabetes, hypertension, certain forms of

PRINTED ON RECYCLED PAPER

cancer, and other illnesses. Whole milk derives 49 percent of its calories from fat, most of which is saturated fat, and milk is the principal source of dietary saturated fat for children. Moreover, flavored milks–the most common type of milk that kids drink today–have large quantities of added sugar, in addition to the lactose sugar that is a major constituent of unmodified cow's milk.

**Anemia**. Milk can elicit the loss of red blood cells from the digestive tracts of small children and can interfere with iron absorption in children or adults of any age. It also is iron-poor. As a result, milk consumption can contribute to anemia. Rather than milk vending machines, investigations of the adverse hematologic effects of frequent milk consumption and of the aggressive promotion of milk in schools may be in order.

**Constipation**. Evidence indicates that milk can contribute to constipation and that a change to nondairy milks (e.g., soymilk, ricemilk) can eliminate this problem. Further investigations into the scope of this problem as well as the safety and efficacy of dietary interventions, compared to pharmaceutical treatments, would be valuable.

**Allergies, ear infections, and asthma**. Milk is a common cause of food allergy, and ear infections and asthma have also been linked to dairy consumption, among other contributing factors.

**Prostate cancer**. Substantial research attention has been placed on the links between milk consumption during adulthood and prostate cancer. A U.S. Department of Agriculture expert panel recently concluded that whole milk consumption is indeed a potential contributor to prostate cancer risk, and at least 16 independent studies support such a link. Mechanistic explanations for this association relate to milk fat's effect on hormones, the ability of any type of milk (including skim) to elevate serum concentrations of insulin-like growth factor I, and milk's tendency to flood the body with calcium, triggering a down-regulation of vitamin D activation pathways.

**Lactose intolerance**. Lactose intolerance, the natural reduction after weaning of the enzyme lactase needed to digest the milk sugar lactose, which is present in both human and cow's milk, manifests in many children. This is a normal condition, not a disease. Seventy percent of African Americans, 73 percent of Native Americans, 95 percent of Asian Americans, and 53 percent of Hispanic Americans are lactose intolerant. However, lactose-intolerant children who heed advice to drink cow's milk may develop painful intestinal symptoms.

**Bone health**. It is vital to understand the true nature of the relationship of milk ingestion to childhood bone health, since this is a matter of intense commercial and public interest. Many factors affect bone health, and the best means of ensuring life-long skeletal health remains a matter of worthwhile investigation. The idea that calcium ingested in childhood is retained in later adult life is known to be false, as the bone structure is entirely remodeled several times during life. Although milk contains calcium, it also causes significantly greater renal calcium losses than other beverages, including sodas, presumably because of the calcium-depleting effects of animal proteins and sodium. While the dairy industry has suggested a beneficial role of milk for bone development, many of the studies on which it has relied are confounded by the use of calcium supplements (which omit milk's calcium-draining sodium and animal protein) and by supplementation with vitamin D, which has bone-protecting effects of its own. A recent study published in the journal *Pediatrics* showed that exercise patterns are associated with bone density, but variations in calcium intake are not.

I hope this information will cause you to reconsider your pursuit of putting milk vending machines in schools across the country. As it is likely the dairy industry will attempt to challenge the points raised in this letter, we strongly urge you to look into these matters further. Also, if possible, we would appreciate the opportunity to provide supporting materials, including scientific studies, and to meet with you personally. I can be reached at 202-686-2210, ext. 303, and *nbarnard@pcrm.org*.

Sincerely,

Neal Barnard, M.D.
President

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MILTON MILLS, M.D., RASHID GHOLSON, HUA-WEI CHERNG, NORMA HUMPHRIES, LYNETTE GARNER, DARRELL BRANSOME, PAUL MILLER, GLENDA COSTNER, SYBIL HAROLD, ELIZABETH RUSSELL, for themselves and on behalf of all other District of Columbia residents similarly situated,<br><br>              Plaintiffs,<br><br>       v.<br><br>GIANT OF MARYLAND, LLC, SAFEWAY INC., HORIZON ORGANIC, DEAN FOODS CO., NESTLE HOLDINGS, INC., FARMLAND DAIRIES, LLC, SHENANDOAH'S PRIDE, LLC, STONYFIELD FARM, INC., CLOVERLAND FARMS DAIRY, INC.,<br><br>              Defendants. | Case No.: 05-CV-2211 (HHK)<br><br><br><br>**Declaration of R. Douglas Rhoads** |

## EXHIBIT H

## (CD-ROM FILED WITH CLERK'S OFFICE)

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

MILTON MILLS, M.D., RASHID GHOLSON,
HUA-WEI CHERNG, NORMA HUMPHRIES,
LYNETTE GARNER, DARRELL
BRANSOME, PAUL MILLER, GLENDA
COSTNER, SYBIL HAROLD, ELIZABETH
RUSSELL, for themselves and on behalf of all other
District of Columbia residents similarly
situated,

          Plaintiffs,

       v.

GIANT OF MARYLAND, LLC, SAFEWAY
INC., HORIZON ORGANIC, DEAN FOODS
CO., NESTLE HOLDINGS, INC.,
FARMLAND DAIRIES, LLC,
SHENANDOAH'S PRIDE, LLC,
STONYFIELD FARM, INC., CLOVERLAND
FARMS DAIRY, INC.,

          Defendants.

Case No.: 05-CV-2211 (HHK)

**Declaration of R. Douglas Rhoads**

**EXHIBIT I**

PCRM >> Good Medicine Magazine >> Fighting for Ethical Research and Better Health: ...



# Magazine

Home
PCRM
News
Health
PCRM Clinical Research
Research Controversies and Issues
Magazine
Resources
Search

**Winter 1999** (Volume VIII, Number 1)

# Fighting for Ethical Research and Better Health: *A Review of 1998*

## RESEARCH REFORM



Our program for **alternatives to animal laboratories** in medical education continues to grow, with ten medical schools receiving a special media/advertising blitz—Boston University, St. Louis University, Medical College of Wisconsin, University of Colorado, University of California at San Diego, Medical College of Virginia, University of Arkansas, University of Miami, Mt. Sinai School of Medicine, and University of South Florida. In addition, PCRM sent alternatives information to medical schools across the U.S. and Canada.



In July, the **University of Miami** became the latest medical school to dump its animal teaching labs, thanks to PCRM's campaign and our medical student allies, backed up by PCRM's research coordinator Jennifer Drone. In October, however, animal experimenters fought back, deciding that if they could not have a dog lab, they may try to arrange a lab using pigs. PCRM is working hard to keep the medical school cruelty-free.

A flight nurse training program in Kansas City, Kansas, **canceled its live dog laboratory** after PCRM provided detailed alternatives information.

**Firefighters save animals.** Washington Township firefighters in Dublin, Ohio, objected to an upcoming trauma training course using live dogs and contacted PCRM for help. We sent Fire Chief Gene Bostic information on nonanimal alternatives, and the animal laboratory was soon canceled.

**Sale of dogs stopped.** PCRM pushed the city of Duluth, Minnesota,

Case 1:05-cv-02211-HHK    Document 11-3    Filed 11/21/2005    Page 26 of 61 Page 2 of 7

PCRM >> Good Medicine Magazine >> Fighting for Ethical Research and Better Health...

to cut off the sale of animals to laboratories. Now dogs turned into shelters can be sold to laboratories only if the lab has the consent of the previous owner and pays $200 per dog, provisions that effectively close off all sales.

 PCRM's director of research Steven Ragland promoted **nonanimal teaching methods** in trauma care at the **American College of Surgeons** convention in Orlando, while Laurel Kadish and Brian Buckley Smith represented PCRM at the **American College of Emergency Physicians** in San Diego. Jennifer Drone, Steven Ragland, and Aaron Gross unveiled PCRM's **new medical student curricula** at the **American Medical Student Association (AMSA)** convention in Washington, D.C. The curricula include the _Medicine and Society Curriculum_, the _Nutrition Curriculum_, and the _Research Issues Compendium_.

The indefatigable **Ray Greek, M.D.**, spoke on behalf of PCRM against animal experiments at Yerkes Regional Primate Research Center in Atlanta and at many other venues. Murry Cohen, M.D.; Marjorie Cramer, M.D.; Beverly Greenwold, M.D.; Donna Hurlock, M.D.; Michael Janson, M.D.; Michael Klaper, M.D.; Rich McLellan, M.D.; Milton Mills, M.D.; David Perlmutter, M.D.; Rhoda Ruttenberg, M.D.; Leonard Segal, D.O.; and Don Sloan, M.D., did broadcast interviews on medical controversies.

Our medical education campaigns also reached **Poland**, thanks to PCRM surgeon Jerry Vlasak, M.D., and Rich McLellan, M.D., and **Australia**, thanks to veterinary student Andrew Knight.

**Animal breeder blocked.** Tri-River Investment Company's attempt to start breeding dogs for experimentation near Portland, Oregon, was blocked after PCRM pushed the county commissioners to oppose the move.

Our _Guide to Cruelty-Free Giving_ was greatly expanded, listing the charities that fund no animal experiments and those that continue to fund them. We also launched our new Web address for information on health charities—_charitiesinfo.org_.

PCRM physicians and researchers assisted the U.S. General Accounting Office in its investigation of the U.S. **military's animal experiments**, focusing especially on biological and chemical warfare, trauma, brain injury experiments, medical education, and failures in public accountability.

PCRM's video _Advances in Medical Education, with Henry Heimlich, M.D._, showing Harvard's alternative to a typical "dog lab," received an Emmy Award nomination.

Case 1:05-cv-02211-HHK    Document 11-3    Filed 11/21/2005    Page 27 of 61    Page 3 of 7

PCRM >> Good Medicine Magazine >> Fighting for Ethical Research and Better Health: ...

PCRM researchers began a groundbreaking project examining the shocking number of **humans and animals used in experiments** as part of the marketing of unnecessary new drugs. More to come.

PCRM's **Research Innovation Award** was presented to Diana Schendel, Ph.D., of the Centers for Disease Control and Prevention by PCRM's LaVonne Painter, M.D., and Aaron Gross. The award cited Dr. Schendel's breakthrough work on the role of magnesium in dramatically reducing the risk of cerebral palsy and mental retardation in newborns.



PCRM named the American Kidney Fund its **Charity of the Year** for outstanding service, health innovation, and entirely ethical, nonanimal research.

**Our program to reform charities**, now in its third year, was bigger than ever. Demonstrations and leafletting in 140 cities, including airplane-flown banners in 5 cities, aimed to push the March of Dimes and other health charities to switch from animal experiments to better methods.

Meanwhile, PCRM's **Nero Award**—for fiddling with animal experiments while birth defects rise—was presented to March of Dimes offices in Dallas; Pittsburgh; Atlanta; Washington, D.C.; and Chicago. Andrew Breslin and Aaron Gross headed the charity reform effort.

# HEALTH AND NUTRITION

**Outreach to the medical community.** Debbie Wildey; Lauri Chonko, R.D.; and Stephanie Sarkis represented PCRM at the **American Public Health Association** conference. PCRM's Neal Barnard, M.D., addressed **Health Show** conventions in Austin, Las Vegas, and Orlando with the help of Stephanie Sarkis; Lauri Chonko, R.D.; Kathy Savory; and Lisa Lynch.

Patricia Bertron, R.D., in cooperation with Georgetown University School of Medicine, planned and coordinated PCRM's ground-breaking **Summit on the Dietary Guidelines 2000**, which explored critical health issues and novel ways to promote healthier diets for all Americans.

PCRM's **Blood Pressure Block Parties** gave thousands of people a free blood pressure check, a quick lesson in health, a medical referral, and a taste of foods that help bring blood pressure down. Many thanks to PCRM's Stephanie Sarkis and the

dozens of doctors, medical students, nurses, dietitians, and volunteers who made these events a roaring success in Washington, D.C.; Baltimore; Miami; Pittsburgh; Oakland; Rockford, Illinois; Seattle; Madison, Wisconsin; Tampa; and Milford, Connecticut.

PCRM rated the **best and worst foods** on the ground and in the air. A Natural Touch veggie burger has no fat or cholesterol, while a typical hamburger has 20 grams of fat and 90 milligrams of cholesterol. Lightlife veggie hot dogs have no fat or cholesterol, while a typical beef hot dog has 16 grams of fat and 35 milligrams of cholesterol.

**American Airlines** and **United Airlines** had the best availability of healthy vegan foods in the air. Stephanie Sarkis and Gowri Koneswaran coordinated the ratings and analysis.



_The Best in the World_, a collection of healthy vegetarian recipes from restaurants around the world, designed by PCRM's Doug Hall, showed that dining is all the more chic when you're not worrying about your cholesterol level.

When Benjamin Spock, M.D., drafted the seventh edition of his classic book _**Dr. Spock's Baby and Child Care**_—which has sold more copies than any book other than the Bible—he turned to PCRM for the latest in nutrition. PCRM president Neal Barnard, M.D., and Charles Attwood, M.D., assisted Dr. Spock with the rewrite, including guidelines on how to spare children the dangers of meats, dairy products, and junk food, and Miyun Park coordinated many editing tasks.

The book's release sparked a long-overdue discussion about **vegetarian diets for kids**, leading to many national and local media appearances. In response, PCRM assembled a **nutrition expert panel** including Patricia R. Bertron, R.D.; Carol M. Coughlin, R.D.; Suzanne Havala, M.S., R.D., L.D.N., F.A.D.A.; Virginia Messina, M.P.H., R.D.; and Neal Barnard, M.D. The panel released a detailed report on the advantages and safety of vegetarian diets for children.

Unfortunately, Ben Spock—a long-time friend, colleague, and Advisory Board member—did not live to see the book's release. Ben died March 15, just shy of his 95th birthday, and the world lost a gentle man and great doctor.



In June PCRM president Neal Barnard released _**Foods That Fight Pain**_, promoting healthier diets with a 43-city lecture tour and endless newspaper articles, radio broadcasts, and TV programs,

Case 1:05-cv-02211-HHK    Document 11-3    Filed 11/21/2005    Page 29 of 61    Page 5 of 7

PCRM >> Good Medicine Magazine >> Fighting for Ethical Research and Better Health: ...

including *Good Morning America*, *Prime Time Live*, *CNN Headline News*, CBC's *Canada AM*, and many others. PCRM's media coordinator Michael Murphy juggled media demands in many different cities.

In the wake of findings that milk does not protect against fractures and has a surprising range of ill effects for many people, PCRM pushed North Carolina, South Carolina, Arkansas, Wisconsin, Vermont, Mississippi, Maryland, and Nebraska to **just say no to dairy** industry schemes making milk the "state beverage."

A **plant-based nutrition program** for schools was conducted on the island of Maui, Hawaii, whose population has some of the nation's highest rates of diet-related disease. The breakthrough program, pioneered by Antonia Demas, Ph.D., and carried out by Dr. Demas and Jennifer Raymond, was warmly received by students, faculty, and local media.

**Demonstrations on healthy cooking** were conducted in Washington, D.C., and Baltimore by culinary wizard Jennifer Raymond in conjunction with nutrition lectures by PCRM president Neal Barnard, M.D.



PCRM staffers jumped to the rescue of a truckload of nearly 200 **slaughterhouse-bound pigs** who were abandoned in Washington, D.C., by a missing-in-action driver.

## CLINICAL RESEARCH

**Women's Health:** A study of low-fat vegetarian diets as a treatment for disabling menstrual pain was completed by PCRM's Neal Barnard, M.D., along with Anthony Scialli, M.D., of Georgetown University. It is now pending publication. PCRM staffers—Patricia Bertron, R.D.; Mindy Gregg; Miyun Park; Kathy Savory; Cathy DeLuca; Jennifer Drone; Michael Murphy; A.R. Hogan; William Green; Aaron Gross; Neva Davis; and Steven Ragland—worked many late nights keeping the research on track.

**Heart Disease:** The dramatic cholesterol-lowering effect of a vegetarian diet was studied by Kalia Edmonds, along with PCRM doctors. PCRM has submitted the study for publication.



**Diet and Prostate Cancer:** PCRM's research study of the use of diet in the treatment of advanced prostate cancer is fully designed and awaiting funding in order to begin.

Case 1:05-cv-02211-HHK    Document 11-3    Filed 11/21/2005    Page 30 of 61    Page 6 of 7

PCRM >> Good Medicine Magazine >> Fighting for Ethical Research and Better Health: ...

**Diabetes:** Likewise, we are prepared to begin our Clinical Nutrition Research Study on Diabetes, pending funding. This study follows an extraordinarily successful pilot study.

## A RESOURCE FOR VITAL INFORMATION

PCRM's *Good Medicine* provided information found nowhere else, under Managing Editor/Designer Doug Hall and Assistant Editor Miyun Park.

**PCRM's Web site,** *www.pcrm.org*, became a first-class, technically sophisticated resource, under the direction of Miyun Park.

PCRM's media coordinator Michael Murphy managed the flow of **hundreds of hours of broadcast time and thousands of newspaper column inches,** based on interviews with PCRM's spokespersons, as well as our own press releases and video news releases on research and health issues.

Staff writer A.R. Hogan and media consultant Simon Chaitowitz kept PRCM's presence strong with **commentaries and letters to the editor** appearing in dozens of publications, including *Time, US News and World Report, USA Today, Science News, Philadelphia Inquirer, Washington Times, Dallas Morning News,* and many others.



Actor **Keenan Ivory Wayans,** musician **Ziggy Marley,** St. Louis Cardinals manager **Tony LaRussa,** skateboard champions **Ed Templeton and Jamie Thomas,** and actor and triathlete **Alexandra Paul** promoted a simple but powerful message, "Tonight, Make It Vegetarian" in PCRM's **"Do It for Someone You Love"** public service announcement campaign. The campaign was coordinated by PCRM's Lauri Chonko, R.D., and Gowri Koneswaran.

PCRM's development director Peggy Hilden, along with Lisa Lynch and Laurel Kadish, responded to members' needs and kept PCRM's programs running stronger than ever. Rod Weaver, Sossena Dagne, Nabila Abdulwahab, David Wildey, and William Green made sure that PCRM's lists and mailings—hundreds of thousands of pieces—

were kept on track and that PCRM member inquiries got prompt
attention.

Outreach coordinators Debbie Wildey and Kathy Savory managed
innumerable special educational events for PCRM members and the
public, distributing thousands of pieces of information-packed
materials.

Financial officers Godfrey Fernando and Louise Holton kept our
program funding at its maximum and our overhead astonishingly
low. PCRM received an **"A" rating from the American Institute of
Philanthropy,** reflecting the high percentage of our resources
devoted to direct programs with relatively little for fund-raising.

PCRM >> Good Medicine Magazine >> 1999: The Year in Review



# Magazine

Home

PCRM

News

Health

PCRM Clinical Research

Research Controversies and Issues

Magazine

Resources

Search

Winter 2000 (Volume IX, Number 1)

## 1999: The Year in Review



The year brought a continuing **firestorm of controversy** over massive animal testing programs promoted by Vice President Al Gore and the Environmental Protection Agency. The first, called the High Production Volume Challenge, aims to use hundreds of thousands of animals to test industrial chemicals that are produced in large quantity. On June 17, PCRM president Neal D. Barnard, M.D., testified before the House Committee on Energy and the Environment that many of these chemicals had, in fact, already been tested. After an intensive campaign that united physicians, animal protection groups, and concerned people nationwide, Gore and the EPA agreed to incorporate more nonanimal tests and reduce animal use. Efforts to kill the program are ongoing.

The second Gore/EPA program, **the "Child Health Testing Program,"** is designed to use animal tests to see how much of various chemicals children should be expected to tolerate. PCRM's Murry Cohen, M.D., Andrew Breslin, and Mindy Kursban presented a more sensible proposal to the EPA. The PCRM approach uses no animals at all and instead identifies chemicals that are in food, air, and water, and aims to reduce these exposures to zero or as close to it as possible. The PCRM plan has won the enthusiastic support of environmentalists, child health advocates, and animal protection groups.

**More Medical Schools Drop Animal Labs:** PCRM's program to replace animal labs in medical schools with nonanimal teaching methods came closer to its goal as more schools made the switch. Robert Wood Johnson Medical School in New Brunswick, N.J., Virginia Commonwealth University School of Medicine, the University of Missouri at Columbia, and Technion University in Haifa, Israel, dropped all animal laboratories from their medical teaching curricula, after considerable encouragement from PCRM's Murry Cohen, M.D., Jennifer Drone, and Steven Ragland.

PCRM >> Good Medicine Magazine >> 1999: The Year in Review



PCRM's *Advances in Medical Education,* filmed in cooperation with Harvard University, won the bronze award at the Houston International Film Festival. The program profiles Harvard Medical School's unique teaching program that brings students into the human operating room, replacing the school's dog labs.

**Military animal experiments** were again scrutinized as PCRM doctors assisted the General Accounting Office (GAO) with its ongoing investigation. After PCRM testified at hearings in 1992 and 1994, Congress insisted that the military disclose details of its animal experiments. The new GAO report found that, as of 1999, it was still hard to tell just what is going on in military labs. The Department of Defense again agreed to clean up its reporting.

© 2000, PHOTODISC

**Gruesome animal experiments** funded by the March of Dimes and the tobacco industry were exposed by PCRM's Murry Cohen, M.D., Andrew Breslin, and Steven Ragland. The March of Dimes had supported Duke University nicotine experimenter Ed Levin, who studied the effects of nicotine on pregnant rats and their offspring. Levin, who turned out to be also heavily financed by the tobacco industry, ended up promoting nicotine's "benefits." Meanwhile, activists in more than 100 cities, coordinated by Andrew Breslin, distributed 60,000 fliers at March of Dimes fund-raising walks while airplanes in six cities flew banners asking the charity to stop its gruesome experiments.



PCRM reached **hundreds of physicians and students** at the American College of Surgeons, the American Medical Student Association, the International Trauma Anesthesia and Critical Care Society, and the American Medical Women's Association conferences. Thanks to Jerry Vlasak, M.D., Ray Greek, M.D., Christine Dehlendorf, Jennifer Rupert, Peggy Hilden, Lisa Lynch, Laurel Kadish, and Jennifer Drone.

**More and more members** are supporting PCRM's efforts through planned gifts, annuities, and bequest provisions that benefit PCRM's programs and donors as well. Development director Peggy Hilden

helps members understand these wonderful options. PCRM's development, member services, campaign mailings, and tireless outreach efforts were coordinated by Peggy Hilden, Rod Weaver, Lisa Lynch, Laurel Kadish, Deniz Corcoran, Sossena Dagne, Nabila Abdulwahab, and Godfrey Fernando.

**PCRM championed healthy eating habits** in creative, scientifically well-founded campaigns.



PCRM's hard-hitting ad ran in the Washington, D.C., metro system as the federal Dietary Guidelines Advisory Committee convened in the nation's capital, showing the surprising findings of the Harvard Nurses' Health Study that those women getting the most calcium from dairy products had nearly double the hip fracture rate, compared to women who got little or no dairy calcium. The ad also ran in newspapers across the country.



**Reforming Federal Food Policy:** PCRM's Milton Mills, M.D., and PCRM president Neal Barnard, M.D., testified before the federal Dietary Guidelines Advisory Committee in March, pointing out that current food guides favoring meat and dairy products risk the health of all Americans, and especially so for population groups most affected by hypertension, heart disease, diabetes, obesity, and other diet-related diseases. The PCRM doctors presented letters of endorsement from Martin Luther King, III; Jesse Jackson, Jr.; the Congressional Black Caucus; former Surgeon General Joycelyn Elders, M.D.; the National Association for the Advancement of Colored People (NAACP); Muhammad Ali; and many others.



Also in March, a **PCRM press conference** pointed out that the inability to digest the milk sugar lactose is both normal and very common among people of African, Asian, Native American, Hispanic, or Mediterranean heritage. PCRM's Milton Mills, M.D., and Deborah Bernal, M.D., were joined by Ramkishan Rao, Ph.D., and called on the federal government to make milk strictly optional in school lunches and other federal food programs.

**"Tonight, Make It Vegetarian—Do It for Someone You Love."** PCRM's powerful new television and



magazine ad campaign encouraged people to include more vegetarian meals in their routines, for both their own health and that of their loved ones. Featuring actor Keenen Ivory Wayans, St. Louis Cardinals' manager Tony LaRussa, *Baywatch's* Alexandra Paul, musician Ziggy Marley, and champion skateboarders Ed Templeton and Jamie Thomas, the popular ads have run more than 2,500 times on television and more than 400 times in print, thanks to the promotion and distribution efforts of Adaora Lathan.

PCRM registered a federal complaint regarding **the "milk mustache" ads.** Several of the ads imply that milk protects against bone breaks despite a lack of scientific evidence that this is true for men and African Americans and strong evidence to the contrary in older women. *ABC World News Tonight* ran the story on Memorial Day, and it was picked up in two *New York Times* features, the *Boston Globe*, and many other newspapers. PCRM's work with the press was coordinated by Simon Chaitowitz, Michael Murphy, and John Flanagan.



In December, **PCRM filed suit** against the U.S. Department of Agriculture and the Department of Health and Human Services for their roles in perpetuating unhealthy biases in federal diet guidelines. The lawsuit pointed out that more than half the members of the Dietary Guidelines Advisory Committee have financial ties to the meat, egg, or dairy industries. PCRM's legal counsel Mindy Kursban and public policy liaison Tracye McQuirter led the charge.

PCRM physicians and nurses **checked blood pressures** and handed out free vegetarian foods in Atlanta, Ga.; Milford, Conn.; Philadelphia, Pa.; Pittsburgh, Pa.; and Washington, D.C., to show that healthy eating brings down blood pressure. The events were coordinated by Stephanie Sarkis. Special thanks to Ron Burmeister, M.D.; Malcolm Stuart-Morris, M.D.; Jessica Fielden, M.D.; Rai Casey, M.D.; Rich McLellan, M.D.; Rhoda Ruttenberg, M.D.; Russell Bunai, M.D.; Ana Negron, M.D.; Brigitte Meney, R.N.; and Elaine Dynako, R.N. A very special thank you to Jennifer Marin, Heather Yeckes, and the University of Miami medical school students.

Scientific Research

PCRM's diabetes research study, published in *Preventive Medicine* in August, showed that a low-fat, vegan diet causes a dramatic drop in fasting blood sugars, allowing patients to reduce or eliminate medication use. The regimen also led to an average weight loss of 16 pounds in 12 weeks, without exercise. Principal investigators were PCRM's Andrew Nicholson, M.D., and Mark Sklar, M.D., of Georgetown University. An expanded follow-up study is planned.



The *Journal of the National Medical Association* published a detailed two-part review of the **racial biases in federal diet guidelines** drafted by PCRM's Patricia Bertron, R.D., Neal Barnard, M.D., and Milton Mills, M.D.

A study showing the ability of **a low-fat, vegetarian diet** to improve hormone balance and reduce menstrual pain and PMS was accepted by *Obstetrics & Gynecology* for publication in the new year. The profound cholesterol reduction demonstrated during the study will be reported in the *American Journal of Cardiology*. Principal investigators were PCRM's Neal Barnard, M.D., and Georgetown University professor Anthony Scialli, M.D.

The *American Journal of Clinical Nutrition* published Dr. Barnard's detailed critique of an article on **milk consumption**, and the *Archives of Internal Medicine* will run his critique of the "red meat lowers cholesterol" article that hit news headlines last summer.

A human clinical trial of the **health effects of cow's milk** was begun by PCRM president Neal Barnard, M.D., Georgetown University professor Anthony Scialli, M.D., and research coordinator Matthew Fritts, as part of PCRM's Cancer Project. Prior research indicates that milk-drinking increases the amount of insulin-like growth factor (IGF-I) in the blood, which in turn may be linked to higher risk of breast and prostate cancer. Volunteers drank one quart of either cow's milk or soymilk daily, and the effects on IGF-I, cholesterol, and body weight are being compared. Results are now being analyzed.

PCRM also finalized plans for a major study by Dr. Barnard, Dr. Scialli, and Matthew Fritts on the weight loss caused by a low-fat, vegan diet, to begin in the new year, and launched an additional study investigating metabolism in obesity, in cooperation with George Washington University's Wayne Miller, Ph.D.



# THE CANCER PROJECT

PCR
third
Can
Awa
Surv
show
that
Ame

continue to confuse cancer screening (designed to find cancer) with cancer prevention. While Americans are generally aware of the role of mammograms and doctors' examinations, few are aware of the role of diet and lifestyle in preventing cancer.

**The Cancer Project Web site**, *www.cancerproject.org*, provides the latest on PCRM's Cancer Project studies, news from research around the world, editorials, and healthful recipes.

PCRM's **Cancer Project published** a new series of informational brochures for people aiming to prevent cancer or to improve survival, under the direction of Patricia Bertron, R.D., and Lauri Chonko, R.D.



The **Cancer Project is sponsoring research** into the role of cow's milk in causing changes in the bloodstream that may be linked to cancer, as detailed above, and other studies on nutrition and cancer are now awaiting funding.

PCRM's **new merchandise** line includes a great new t-shirt, an eye-catching sweatshirt, and a functional yet stylish apron. In what may prove to be our most popular items ever, PCRM's multilingual sweatshirt and apron say "Go Vegan" in 11 languages, and a new t-shirt admonishes "Go Veg B4 It's 2L8!"

*Good Medicine* and PCRM's Web site, *www.pcrm.org*, provide lifesaving information, the latest on medical controversies, and updates on PCRM's unique programs, under the direction of director of publications Doug Hall and production coordinator Miyun Park.

Billy Leonard and David Wildey responded to countless telephone calls, letters, and e-mails **requesting books and other educational materials.**

A.R. Hogan and the PCRM Writers Group published innumerable **op-eds and letters to the**



editor in newspapers
across the U.S. and abroad. Special thanks to Murry Cohen, M.D.;
Milton Mills, M.D.; Ryckman Caplan, M.D.; Jules Oaklander, D.O.;
Richard Gartner, M.D.; Patrice Green, M.D.; Jerry Vlasak, M.D.;
Ray Greek, M.D.; Beverly Greenwold, M.D.; Warner Soelling,
M.D.; Lawrence Hansen, M.D.; Nancy Harrison, M.D.; and Marjorie
Cramer, M.D.

**Physicians Committee for Responsible Medicine**

# Magazine

Home

PCRM

News

Health

PCRM Clinical Research

Research Controversies and Issues

Magazine

Resources

Search

**Autumn 2001** (Volume X, Number 4)

## New Ethics in Indian Medicine: PCRM Physician Jerry Vlasak Helps Bridge the Gap

By Kristine Kieswer

Getting noticed in a country whose population tops one billion is a difficult task for anyone. Yet with every visit to India, PCRM physicians invariably find themselves at the center of a media flurry—interviewed by dozens of reporters and receiving a warm welcome by top dignitaries from its medical and governmental establishments.



Dr. Jerry Vlasak's recent trip was no exception. The trauma surgeon went to share information on state-of-the-art, nonanimal methods now being used in medical education and to help institute such changes in India. For instance, the majority of U.S. medical schools have eliminated live animal laboratories from their curricula in favor of human surgery observation or computer-simulated exercises. Likewise, physicians who go on to learn advanced trauma life support procedures can now train on simulator manikins and cadavers rather than on live dogs, pigs, or goats. In 1997, PCRM's outreach in Poland facilitated the elimination of live dog labs at the Medical Academy of Warsaw and the University of Poznan.

The response from India's medical community was overwhelming. Dr. Vlasak's itinerary included press conferences in 10 major cities and 21 lectures at leading hospitals, where India's most renowned physicians crowded into packed auditoriums to hear him speak about new developments in medical research technologies.

India's population, widely segregated by social class, is immersed in a unique health care dilemma. Many impoverished communities



Case 1:05-cv-02211-HHK    Document 11-3    Filed 11/21/2005    Page 40 of 61
Page 2 of 2

PCRM >> Good Medicine Magazine >> New Ethics in Indian Medicine: Jerry Vlasak, M...

still battle rampant
infectious diseases common to developing nations, while equal
numbers face the "diseases of affluence," such as heart disease,
diabetes, and cancer, common to industrialized nations. India's
constitution guarantees free health care to all, and resources are
stretched to the breaking point.

In past visits, PCRM physicians have focused on prevention by
promoting a vegan diet to guard against chronic, diet-related
illnesses. Dr. Vlasak's goal was to turn attention to improving
research and education.

In India, the determination of those seeking to eliminate old-
fashioned animal experiments is strong and growing all the time. The
dean at Seth G.S. Medical College, a top facility, has established a
PCRM chapter, and many faculty members have already joined as
members. Similar interest was generated at India's famed Breach
Candy Hospital, the conservative Armed Forces Medical College,
and Karachi Medical and Dental College, among others.
Consequently, Dr. Vlasak soon found himself recognized by
strangers on the street due to the extensive media coverage his
lectures generated. Many enlightening talks ensued on train trips,
during taxi rides, and while walking through city centers.

Indian medicine will continue to look to U.S. medicine for
technological as well as ethical direction. In light of its skyrocketing
population, we ought to be ready to meet this need, says Dr. Vlasak,
pointing out, "Mumbai is physically the size of Chicago, yet it has
more people than Chicago, Hawaii, Costa Rica, Northern Ireland,
and New Zealand combined! When you add increasing rates of diet-
related illness to the country's severe pollution problems, India is
headed for a major health crisis." Unless alternatives are instituted,
the scramble to cope with such a health crisis could result in the
needless deaths of thousands of animals in experiments.

Working to improve medical research standards is not a local, but a
worldwide, goal. "PCRM is helping to set a higher standard for
India's up-and-coming physicians and even for its researchers
entrenched in animal experimentation. We've shown them viable,
cost-effective alternatives," says Dr. Vlasak. In the process, these
new methods will get better results, and India's citizens will benefit
greatly.

**Physicians Committee for Responsible Medicine**

# Magazine

Home
PCRM
News
Health
PCRM Clinical Research
Research Controversies and Issues
Magazine
Resources
Search

## Winter 1999 (Volume VIII, Number 1)
## Alternatives to Animal Use in Eastern Europe

PCRM's work to eliminate animal use in medical schools in Eastern Europe culminated this fall in an international conference in Poznan, Poland, attended by physicians from the U.S., Poland, Russia, and the Ukraine.



Professors Andrzej Trzebski and Kazimierz Ziemnicki of the Medical Academy of Warsaw and the University of Poznan, respectively, had eliminated animal use at their schools, with help and encouragement from PCRM and Fundacja Animals. Realizing enormous education and financial benefits, they aim to see their new nonanimal teaching methods to become routine elsewhere.

Representing PCRM, Jerry Vlasak, M.D., spoke on his experience with alternatives to live animal laboratories in medical education and screened PCRM's video Advances in Medical Education with Henry Heimlich, M.D., which documents Harvard Medical School's human operating-room-based training program. PCRM member physician Rich McLellan, M.D., also spoke on the advantages of humane educational methods.

Nedim Buyukmihci, V.M.D., professor of veterinary medicine at the University of California, Davis, and president of the Association of Veterinarians for Animal Rights, addressed humane approaches to veterinary education.

Following their presentation, Drs. Vlasak and McLellan met with officials of medical institutes in the Ukraine, all of whom were initially skeptical about the feasibility of nonanimal methods. By the end of the conference, however, they were so interested in eliminating animal use at their institute that they invited Dr. Vlasak to the Ukraine to aid the process. One obstacle faced by the Ukranian educators is the lack of computer hardware to run the physiology and pharmacology computer programs now used in Poland.

PCRM is working to help provide the needed resources, and will build upon this progress in Eastern European medical education to

encourage further elimination of animal use.

PCRM salutes Drs. Vlasak, McLellan, and Buyukmihci for their excellent work in alternatives to animal use, and Drs. Trzebski and Ziemnicki, and Wanda Blake of Fundaija Animal of Poland, for their continuing efforts to make medical and veterinary education more ethical and more effective.

PCRM--Magazine--Winter 02--Editorial: When the Going Gets Tough

**Physicians Committee for Responsible Medicine**

# Magazine

Home

PCRM

News

Health

PCRM Clinical Research

Research Controversies and Issues

Magazine

Resources

Search

**Winter 2002** (Volume XI, Number 1)

## Editorial:
*Responsive Medicine*
## When the Going Gets Tough

Many people predicted that the tragedies of September 11 and the ensuing weeks would devastate non-profit organizations, as individuals neglected all causes other than disaster relief, and anthrax scares disrupted organizations' ability to send and receive mail.



It has been partly true here. On September 11 and 12, our telephones were nonfunctional, and, since then, Washington National Airport has never made it back to normal operation. Mail delivery was disrupted, affecting our outgoing updates and appeals, as well as our ability to receive donations. Happily, mail service seems to be back to normal now. But, while most of our members have remained as supportive as ever, recent events have been distracting to those who are new to PCRM, and we have felt the effect as we review our budgets.

Two things were not affected, however: Our successes are continuing one after the other, and our staff is working as hard as ever. We are seeing continuing progress in our program to replace animals in medical education, for example. At last count, 93 of the 126 U.S. medical schools have completely eliminated animals from their teaching curricula. The battle is not over, of course. We are aiming to stop a lab exercise at Des Moines University, in which medical students must cut a nipple from a dog and then sew it back on again. Last year, we pushed the University to use better ways to teach elementary surgical techniques, and many students sought to end the lab exercise. The faculty in charge has insisted on continuing the lab, however, and we are again working to stop it.

Virtually all trauma training centers have used live animals to demonstrate emergency surgical skills. But our video program promoting alternatives has been very well received, and now 19

PCRM--Magazine--Winter 02--Editorial: When the Going Gets Tough

training centers use nonanimal methods exclusively. At its recent convention, the American College of Surgeons officially approved the use of simulators in trauma training. At the same ACS conference, 265 surgeons signed up for PCRM membership, thanks to the efforts of PCRM's Jerry Vlasak, M.D., and Pamelyn Ferdin, R.N. We are also seeing great progress in PCRM's Humane Charity Seal of Approval program. Health charities are jumping on board, letting donors know that they do not fund animal research and putting pressure on those that have not yet made the switch.

Abuses of humans are coming to light, too. My recent review of the controversial and potentially dangerous practice of using estrogens, such as Premarin, to arrest growth in tall girls will be published in the *Journal of Pediatric and Adolescent Gynecology* in January.

There is similar progress with helping people understand the value of vegetarian diets. Our research study of vegan diets for weight loss has finished its acute phase with 59 study participants, and our new study using a vegan diet for diabetes has been approved to begin. And, for the first time, students training to become doctors or dietitians anywhere in the world can take a full online course in vegetarian nutrition directed by PCRM's Brie Turner-McGrievy, M.S., R.D., through the University of Alabama. PCRM's new four-book series on healthy diets for pregnancy and childhood, women's health, diabetes, and cancer will be in bookstores in February. PCRM's Cancer Project is now offering continuous classes in vegetarian nutrition for cancer survivors. Our legal challenges to the industries that promote unhealthy diets are more vigorous than ever.

So while it is true that our support has been threatened and sometimes disrupted, our focus has not changed one iota. Let me express our special appreciation for all of our members who continue to foster our growth and success. In many ways, the recent conflicts are signs that efforts to promote wisdom and compassion are needed as desperately now as ever, and we very much appreciate your support as we tackle the difficult issues we face.

*Neal Barnard, M.D.*
*President of PCRM*

PCRM >> Magazine >> Winter 02 >> PCRM 2001: The Year in Review

**Physicians
Committee for
Responsible
Medicine**

# Magazine

Home

PCRM

News

Health

PCRM Clinical
Research

Research
Controversies
and Issues

Magazine

Resources

Search

**Winter 2002** (Volume XI, Number 1)

## PCRM 2001: The Year in Review

### Winter

Thanks to the efforts of research coordinator Kathryn Kuhn, PCRM joined other health care organizations to form the Council on Humane Giving, which will issue the Humane Charity Seal of Approval to charities that utilize only nonanimal research methods. 

PCRM launched the Web site *www. HumaneSeal.org* so donors can see whether a charity has received the Humane Charity Seal of Approval. Organizations can apply for the Seal right online.

PCRM dietitians analyzed bestselling weight-loss books and found only two—*Eat More, Weigh Less* by Dean Ornish, M.D., and *The McDougall Program for Weight Loss* by John McDougall, M.D.—earned the top rating of five stars for promoting a low-fat, vegetarian diet.

PCRM staff scientist Nicole Cardello, M.H.S., began an aggressive campaign against animal experiments conducted by Michael Podell, the Ohio State University veterinarian who is infecting cats with feline immunodeficiency virus under the guise of human HIV research.



PCRM launched a television ad campaign on diet and prostate cancer in the seven states hit hardest in prostate cancer mortality.

### Spring

The American Medical Student Association's annual convention offered attendees even greater access to ethical practitioners and research methods than last year, thanks to outreach by PCRM mentors.

Cleveland Clinic cardiologist Caldwell Esselstyn, M.D., took his "Heart-Attack

Proof Tour" to India to teach physicians how to fight heart disease and diabetes with a vegan diet.

PCRM's research department uncovered gross flaws in the EPA's High Production Volume Challenge, a massive animal-testing plan for industrial chemicals.



Suzanne Bobela oversaw PCRM president Neal Barnard's 40-city lecture tour, which communicated new research findings on genetics and weight problems, teaching audience members how to overcome a variety of challenges with simple diet changes.

Alerted by PCRM, the Jamba Juice chain refused to allow its March of Dimes donations to be used for animal experiments and redirected funds toward *human-centered* research and educational programs.

PCRM's Cooking Classes for Cancer Prevention and Survival debuted. Open to cancer survivors and their loved ones, classes include presentations by nutrition director Amy Lanou, Ph.D., Jen Keller, R.D., and Neal Barnard, M.D., along with hands-on cooking demonstrations.

PCRM attorney Mindy Kursban filed a complaint with the Federal Trade Commission to stop the dairy industry from claiming its products are effective for lowering blood pressure, a dangerous misinterpretation of the Dietary Approaches to Stop Hypertension (DASH) study.



PCRM physician Jerry Vlasak traveled to India to brief top medical leaders in ten major cities on viable alternatives to using animals in research.

Summer

PCRM's nutrition department assessed the cost of calcium from a wide variety of foods in geographically diverse locations across the United States. What's the cheapest calcium source? We'll let you know soon. The study is pending publication in a scientific journal.

Lisa Lynch and Miyun Park brought PCRM's new virtual Web Mall to life, establishing partnerships with nearly 50 companies for carefree, online shopping and a new way to support our work.

 Staff scientist Nicole Cardello, M.H.S., reviewed all proposed chemical tests the government was set to approve through its High Production Volume Challenge, a massive animal-testing plan. The Associated Press ran the story nationwide, and several chemical companies were prompted to abandon specific animal tests.

Information for instructors and trainees is on PCRM's new Web site www.TraumaTraining.org.

PCRM physicians urged the presidents of the University of Texas Health Science Center and Baylor College of Medicine not to replace the 35,000 animals who perished while caged in laboratories during the summer flood, and to use the opportunity to adopt modern, nonanimal alternatives.

Duke University makes it a clean sweep: All top-ten medical schools in the United States now use simulators, computer programs, and live observations instead of animals in their curricula. Currently, 93 of the country's 126 medical schools offer cruelty-free education.

PepsiCo, Sara Lee, and Publix, a large southern supermarket chain, agreed to restrict their March of Dimes donations so that none will go to animal experiments.

Digital Frog 2, the award-winning, interactive computer program that replaces live dissection exercises, was an overwhelming success when introduced to the Dallas school system by PCRM physician John Pippin and staffer Jennifer Drone. 

PCRM responded to public concern over mad cow disease by issuing a set of recommendations to the U.S. Department of Agriculture.

 D.C. mayor Anthony Williams reversed his decision to declare a "Drink Your Chocolate Milk Day" for the city's youngsters after PCRM president Neal Barnard, M.D., and associate director for preventive medicine Milton Mills, M.D., held a press conference publicizing dairy's link to cancer and other serious illnesses.



The LD-50, an archaic test that determines the dose of a chemical that kills half the animals exposed to it, was banned from internationally accepted testing guidelines.

 Rating the nation's ten busiest airports on the

availability of healthy food choices, PCRM dietitians found San Francisco International Airport on top with 96 percent of all its restaurants offering vegetarian choices. Less than 60 percent of the airport restaurants we surveyed offered healthy, vegetarian meals.

## Fall

Staff scientist Nicole Cardello, M.H.S., was appointed to the panel of experts who decide how new human exposure data can be incorporated into the Voluntary Children's Chemical Evaluation Program.

PCRM's Web site for cancer prevention and survival, www.CancerProject.org, was redesigned by Miyun Park to include more life-saving information on the diet-cancer connection.

PCRM went to court to force the EPA to develop nonanimal test methods in its Endocrine Disruptor Screening Program. The program, as currently constructed, will kill as many as 100 million animals.

A U.S. Department of Agriculture panel, formed in response to a petition filed by PCRM with the Federal Trade Commission over misleading milk advertisements, agreed that many "milk mustache" and "got milk" ads' health claims have no scientific basis.

PCRM dietitians found the National School Lunch Program fails to routinely serve healthy, nutritious meals to school children, with just 1 in 12 substituting plant protein for meats.

Brie Turner-McGrievy, M.S., R.D., and Neal Barnard, M.D., conducted a 14-week clinical study on the effects of a vegan diet for weight loss and are currently following up with participants in bi-weekly group meetings. Results have been submitted to medical journals for publication.

PCRM donated three soymilk factories, called "soy cows," to communities in India.

The *Parents' Guide to Building Better Bones*, a straightforward look at the science behind which foods really strengthen bones, was developed for parents and teachers.



PCRM dietitians Jen Keller, R.D., and Brie Turner-McGrievy, M.S., R.D., were elected as state representatives for the Vegetarian Nutrition Dietetics Practice Group for Washington, D.C., and Maryland,

respectively.

Media liaison Zora Lathan oversaw PCRM's star-studded "Prescription for Life" campaign, which reminds the public, through television, radio, and newspaper ads, that effective cancer prevention strategies are as close as the grocery store.



## Throughout the Year

**PCRM representatives were a strong presence at dozens of conventions including:**

- American Academy of Pediatrics
- American College of Surgeons
- American Dietetic Association
- American Medical Student Association
- NBC-4 Your Health Expo
- Society for Nutrition Education
- Toronto Vegetarian Food Fair
- Trauma and Critical Care 2001
- Vegetarian Summerfest

Writers Group supervisor A.R. Hogan, along with Caroline Kweller, Peter A. Brandt, Allison Lee Solin, Karen M. Pirozzi, and Beth Geisler, published countless persuasive articles and letters in newspapers and magazines.

Communications department director Simon Chaitowitz and liaison Jeanne Stuart McVey pulled in major television, radio, and print coverage, putting PCRM's vital health alerts and research controversies front and center in local and national media.

Managing editor and designer Doug Hall shared his wonderful talents (including those delightful cartoons) with *Good Medicine* and our many other publications.

*Good Medicine* editor Kristine Kieswer published the latest in science, health, and nutrition news in PCRM's quarterly magazine, and edited four new books on health and nutrition for John Wiley & Sons due out early this year.

Literature manager Billy Leonard corresponded with thousands of individuals and organizations, ensuring PCRM's message is disseminated far and wide.

Corporate affairs director Laurice Ghougasian oversaw the expansion of PCRM's Washington, D.C., headquarters along with the

continual growth of its staff.

Business manager Godfrey Fernando managed PCRM's accounts and personnel issues.

Development director Peggy Hilden and staffers Laurel Kadish, Jennifer Drone, Claudia Delman, Lisa Lynch, Rod Weaver, Deniz Corcoran, Sossena Dagne, and Nabila Abdulwahab each played an invaluable role in growing PCRM's membership base through numerous outreach efforts and creating innovative partnerships with individuals, organizations, and policymakers.

**Physicians Committee for Responsible Medicine**

# Magazine

Home

PCRM

News

Health

PCRM Clinical Research

Research Controversies and Issues

Magazine

Resources

Search

**Spring/Summer 2002** (Volume XI, Number 2)

## Modernizing Trauma Training for Emergency Doctors

By Kathryn Kuhn



The trend away from animal-based training in trauma courses for surgeons is accelerating. In July 2001, PCRM reported that five medical centers offered Advanced Trauma Life Support (ATLS) courses using simulators and human cadavers, instead of live animals. Since then, we have learned that 14 more sites offer human anatomy-based training, bringing the total to 19.

PCRM's Jerry Vlasak, M.D., and Pamelyn Ferdin, R.N., were inundated with questions from surgeons interested in human-based training at the American College of Surgeons (ACS) annual meeting in New Orleans late last year. They distributed PCRM's *Innovations in Trauma Training* CD-ROM, along with other information on nonanimal trauma training to hundreds of surgeons, including many ATLS instructors.



During the conference, the ACS Committee on Trauma approved the use of anatomical human simulators in place of live animals for ATLS instruction. Simulab's Trauma Man™ surgical trainer (*www.Simulab.com*), designed to teach surgical procedures including open diagnostic peritoneal lavage (DPL), catheter DPL, chest tube insertion, pericardiocentesis, and cricothyroidotomy, is one of the

Case 1:05-cv-02211-HHK    Document 11-3    Filed 11/21/2005    Page 52 of 61    Page 2 of 2

PCRM--Magazine--Spring/Summer 02--Modernizing Trauma Training for Emergency D...

first simulators to receive ACS approval. Many instructors as well as surgeons seeking ATLS certification are enthusiastic about human anatomical simulators for teaching because they mirror the clinical situation, can be used repeatedly, and are highly cost effective.



Doctors interested in enrolling in or implementing nonanimal courses are now contacting PCRM following our advertisements in *The Journal of Trauma* and the *Journal of the American College of Surgeons*, which feature Henry Heimlich, M.D. Dr. Vlasak is working directly with interested course coordinators to bring cadaver- or simulator-based courses to their hospitals. A list of medical centers already offering such courses is available at *www.TraumaTraining.org*. Physicians and other healthcare professionals may receive a free copy of *Innovations in Trauma Training with Henry Heimlich, M.D.* by contacting PCRM at 202-686-2210, ext. 329, or *kkuhn@pcrm.org*.

# Magazine

**Physicians Committee for Responsible Medicine**

- Home
- PCRM
- News
- Health
- PCRM Clinical Research
- Research Controversies and Issues
- Magazine
- Resources
- Search

## Winter 2003 (Volume XII, Number 1)

## 2002: The Year in Review

In February, an investigation by researchers at PCRM and Georgetown University School of Medicine exposed the little known practice of prescribing estrogens to tall girls in order to suppress their growth. A full report appeared in the February 2002 *Journal of Pediatric and Adolescent Gynecology*.

Avon, the largest corporate sponsor of the breast cancer cause, enacted a new policy that restricts its funding to nonanimal research projects exclusively.



PCRM staffers deliver petitions to the March of Dimes.

On May 7, Lawrence Carter-Long, born with cerebral palsy, and several other PCRM representatives delivered 118,000 petitions to the March of Dimes Washington, D.C., office, asking the charity to clean up its research programs and discontinue wasteful animal experiments.

Des Moines



Lawrence Carter-Long confronts MOD personnel.

University Osteopathic Medical Center cancelled its dog lab—infamous for its nipple-cutting-and-reattachment exercises–days before PCRM's Jerry Vlasak, M.D., was scheduled to visit the school to give a lecture on nonanimal alternatives. The cancellation followed a year-long effort led by PCRM research coordinator Kathryn Kuhn.

ER's Noah Wyle, "Golden Girl" Rue McClanahan, award-winning actor Edward Asner, and child-star-turned-nurse Pamelyn Ferdin,

PCRM--Magazine--Winter 03--2002: The Year in Review

R.N., hit the airwaves of 280 radio stations across the country to announce the Humane Charity Seal of Approval. Artist Peter Max has also lent his support to the campaign, urging other celebrities to join and other charities to apply for the Seal.

   

PCRM's Murry Cohen, M.D., visited the University of Illinois Urbana/Champaign to speak to medical students, pre-med students, and faculty members about alternatives to live animal labs.



Simulab's Trauma Man ™

Several medical centers tested Simulab's Trauma Man ™ (www.simulab.com) in their ATLS curricula in the spring. The simulator was very well received, and many sites have since incorporated Trauma Man into their regular ATLS courses in place of live animals. PCRM's Jerry Vlasak, M.D., and Pamelyn Ferdin, R.N., have been leading proponents of these new teaching methods, educating innumerable medical professionals about their teaching value and efficiency.

PCRM held a news conference next door to the dairy industry's Calcium Summit II, which attempted to use U.S. rates of osteoporosis to push milk sales. PCRM nutritionists alerted the press to healthier calcium sources and other dietary factors that influence bone health.

When the government terminated the Women's Health Initiative (WHI) study on hormone replacement therapy due to serious health risks, PCRM was there to help women sort through the science behind it all, conducting interviews and showing how to utilize more natural approaches to menopause.



When the meat-heavy Atkins Diet became the focus of media attention in July, PCRM president Neal Barnard, M.D., reminded reporters and the health care community about the vast body of scientific literature favoring plant-based diets. To provide ongoing support and information to health care

providers and the public, PCRM launched the Web site
AtkinsDietAlert.org.

PCRM won its two-year battle to stop the cruel $1.7 million
experiment by veterinarian Michael Podell at Ohio State University
(OSU) in which cats were dosed with methamphetamine ("speed"),
infected with a disease-causing virus, then killed. PCRM also filed
suit over the government's refusal to provide full details about the
experiments.

PCRM nutrition director Amy Joy Lanou, Ph.D., and clinical
research coordinator Brie Turner-McGrievy, M.S., R.D., presented
results from PCRM's weight-loss research study comparing the
effects of a low-fat, vegan diet to a more conventional low-fat diet at
the International Congress on Vegetarian Nutrition in Loma Linda,
California, in April.

Dr. Lanou and PCRM outreach coordinator Claudia Delman talked
to health care professionals about the benefits of a vegan diet at the
American Diabetes Association conference in San Francisco in June.
Dr. Lanou presented results from PCRM's weight-loss study finding
a vegan diet is helpful for diabetes prevention in post-menopausal
overweight women.



Cancer Project Nutrition and Cooking Classes for Cancer Survivors
(Left) Nutrition director Amy Lanou discusses menus with class member Ken
Silver. (Center) Student Jeanne Wolf practices her vegan cooking skills. (Right)
Staff dietician Jennifer Keller and clinical research coordinator Brie Turner-
McGrievy prepare edible study materials.

Due to last year's success and continuing demand, the Cancer
Project's Nutrition and Cooking Classes for Cancer Survivors held
six more eight-week series teaching the value of vegan diets for
preventing cancer and improving survival. A new study, set to
commence in 2003, has been designed to measure the effectiveness
of the class series on the nutrient content of the participants' diets.

The Healthy School Lunch Campaign
was created when a PCRM study
found that nine of the ten biggest
school districts in the country are
failing to provide healthy lunches to
prevent childhood obesity and other
health problems. Through a new Web



PCRM--Magazine--Winter 03--2002: The Year in Review

site, HealthySchoolLunches.org, and other resources, PCRM is helping school administrators and parents find innovative ways to improve school breakfast and lunch programs nationwide.

PCRM's Neal Barnard, M.D., and Jennifer Keller, R.D., teamed up with documentary film producer Steven Kostant to develop a pilot video program covering the science, cooking tips, and real-life stories about diets for cancer prevention and survival, based on PCRM's innovative Cooking Classes for Cancer Survivors.

*Best in the World II*, sequel to PCRM's popular collection of vegan recipes from fine restaurants all over the world, appeared on bookshelves across the nation.

PCRM's *Healthy Eating for Life* four-book series debuted, covering the latest scientific discoveries on diet in relation to cancer, diabetes, and children's and women's health. Nutrition director Amy Lanou, Ph.D., gave talks and cooking demonstrations focused on *Healthy Eating for Life for Children* from Seattle to Boston, addressing childhood obesity, high performance menus for young athletes, eating disorder prevention, strategies for helping children enjoy vegetables, and teen dining patterns. PCRM volunteer Judy Cammer arranged interviews and book signings.

*The Journal of the American Dietetic Association* published PCRM's research study "The Consumer Cost of Calcium from Food and Supplements" in its November issue.

PCRM's nutrition experts were busy with media appearances on airport meals, school lunches, cruise ship cuisine, and comfort foods. Brie Turner-McGrievy appeared in *People* magazine, *Fitness*, and *Men's Health*. She and staff dietician Jennifer Keller, R.D., conducted cooking demonstrations at the National Cancer Institute, the Office of Personnel Management, and many other venues.

The Strong Bones Campaign was launched to educate parents about the variety of lifestyle choices that affect children's bone health. PCRM created the "Parents' Guide to Building Better Bones" and distributed thousands of copies. To receive a copy, please visit www.StrongBones.org or call 202-686-2210, ext. 306.

On a lighter note, Ed Helms, a correspondent for Comedy Central's *The Daily Show*, interviewed PCRM's Brie Turner-McGrievy about the dangers of dairy products. Among the questions: "Why would cows want to make little kids sick?"

In continuing efforts to reform to federal nutrition policies, PCRM staff members went to Capitol Hill to testify on the need for vegan meals and milk alternatives in child nutrition programs. Jennifer

Keller, R.D., spoke to USDA officials regarding emerging obesity trends and the subsidized school lunch items that perpetuate the problem.

PCRM launched the first comprehensive online nutrition college course, attracting students from around the world. Interested students and teachers can visit www.VegetarianCourse.org.

PCRM president Neal Barnard, M.D., spoke to the Association of Health Care Journalists on alternatives to xenotransplantation in April.



Mindy Kursban and Jay Ukryn



Chad Sandusky

On September 5, PCRM attorneys Mindy Kursban and Jay Ukryn, along with a coalition of nonprofit organizations and three individual plaintiffs harmed by toxic High- Production Volume chemicals, filed suit against the Environmental Protection Agency (EPA) to stop its "all test, no action" animal testing program that does nothing to protect human health. Former EPA toxicologist Chad Sandusky joined PCRM's staff to help promote alternatives to animal testing.

PCRM, working with local groups in Kalamazoo, persuaded St. Joseph County Animal Control board members to stop selling pound animals to medical research facilities.

PCRM President Neal Barnard, M.D., published a detailed article on toxicity testing of anticancer drugs in *Lancet Oncology* in July.

Communications department director Simon Chaitowitz, liaison Jeanne Stuart McVey, and media relations assistant Colleen Young brought PCRM's clinical study results, health news, and medical research controversies to the media, ensuring coverage in major newspaper, radio, and television outlets.



Colleen Young, Simon Chaitowitz, and Jeanne Stuart McVey

Staff writer Kristine Kieswer served as *Good Medicine* editor while publishing persuasive articles and letters in national newspapers and magazines.

PCRM President Neal Barnard, M.D., appeared on NBC's *Early*

PCRM--Magazine--Winter 03--2002: The Year in Review

*Show* in July to talk about heart-healthy eating.



Managing editor, designer, and publications director Doug Hall oversaw the creative content of *Good Medicine* magazine and PCRM's many Web sites and promotional pieces. IT manager/Web coordinator Nick Patch and production coordinator/copy editor Isabel Clark joined the team to ensure all of PCRM's communications are disseminated effectively.



Stephen Kane, Alan Heymann, and Kathryn Kuhn

Corporate affairs director Laurice Ghougasian skillfully managed many of PCRM's operations—volunteer and internship programs, board member issues, business contracts, and computer systems. Business manager Stephen Kane joined the staff to handle financial and personnel responsibilities.

Literature manager Bill Leonard fielded calls, e-mails, and letters from organizations and individuals interested in PCRM's many projects and resources.



Bill Leonard

Development director Peggy Hilden and staffers Jennifer Drone, Claudia Delman, Rod Weaver, Deniz Corcoran, Lisa Lynch, Sossena Dagne, Nabila Abdulwahab, and Alan Heymann alerted physicians, laypersons, and organizations to PCRM's work, expanding its membership and its strength.

Assistant to the president Juliet Capon supported Dr. Barnard's numerous projects and activities in Washington and on the road, as well as those of PCRM's growing workforce.



Juliet Capon and Neal Barnard

PCRM staff members and volunteers promoted good health and good medicine at health care and nutrition conferences from coast to coast, including:

- American College of Surgeons
- American Diabetes Association
- American Academy of Pediatrics

PCRM--Magazine--Winter 03--2002: The Year in Review

- American Medical Students Association
- Point/Counterpoint Trauma and Critical Care
- ACS Trauma and Critical Care Conference Kansas City
- Trauma and Critical Care Las Vegas
- Toronto Vegetarian Food Fair
- Everyone Has a Heart
- Bay Area Vegetarian Fair
- Charlottesville Vegetarian Festival

[interniche-l] Canadian medical schools - survey

This is G o o g l e's cache of http://mailman.greennet.org.uk/public/interniche-l/2002-February/000027.html
as retrieved on Feb 19, 2005 13:59:43 GMT.
G o o g l e's cache is the snapshot that we took of the page as we crawled the web.
The page may have changed since that time. Click here for the current page without highlighting.
This cached page may reference images which are no longer available. Click here for the cached text only.
To link to or bookmark this page, use the following url: http://www.google.com/search?
q=cache:2yKjeLTxMSYJ:mailman.greennet.org.uk/public/interniche-l/2002-
February/000027.html+pcrm+canadian+universities&hl=en

*Google is not affiliated with the authors of this page nor responsible for its content.*

These search terms have been highlighted: **pcrm canadian universities**

# [interniche-l] Canadian medical schools - survey

**lynx@gn.apc.org** lynx@gn.apc.org
*Wed, 13 Feb 2002 15:01:20 -0000*

- Previous message: [interniche-l] Advice re: National Dissection Statistics
- Next message: [interniche-l] FW: **PCRM** press release: Survey Shows Most **Canadian Universities** No Longer Use ...
- **Messages sorted by:** [ date ] [ thread ] [ subject ] [ author ]

---

Forwarded by Nick Jukes, InterNICHE. Whilst for many medical schools aroun=
d the
world the use of live animals for training human doctors has never been a =
tradition,
North America still has the challenge of replacing these labs. This survey=
is welcome
news.

> FOR IMMEDIATE RELEASE:  Tuesday 12 February 2002
>
> Survey Shows Most Canadian Universities No Longer Use
> Live Animal Laboratories in Medical School Curricula
>
> Washington, D.C.-A recent survey conducted by the international health
> advocacy organization Physicians Committee for Responsible Medicine (PCR=
M)
> shows that 11 of the 16 medical universities in Canada no longer use liv=
e
> animals in their teaching curricula.
>
> PCRM asked the Canadian universities if they have live animal laboratori=
es in
> their medical school curricula.  The University of British Columbia repl=
ied
> that it uses about 25 live pigs each year in its undergraduate medical
> program.  Memorial University of Newfoundland also uses pigs, and the
> University of Western Ontario in London still uses live animals in the

> classroom, but would not comment on what species of animals are used or =
how
> many. Queen's University in Ontario and Universit=E9 Laval in Montreal =
refused
> to answer PCRM's survey. The other 11 universities responded that they =
do not
> use live animal laboratories.
>
> Jerry Vlasak, M.D., a PCRM spokesperson, is pleased with the survey resu=
lts.
> "Although some universities are holding onto live animal laboratories, t=
his
> survey shows that most medical schools are no longer tolerating the use =
of
> live animals in the classroom. Most schools now use alternative teachin=
g
> methods, and the continuing movement in this direction is strong."
>
> Since 1985, PCRM has been tracking the use of live animal laboratories i=
n
> universities in the United States. Only 34 of the 126 medical universit=
ies in
> the United States continue to use live animals in the classroom. At 33 =
of the
> schools still using live animals, students may choose not to participate=
in a
> live animal lab and may or may not be offered an alternative. Only one =
school
> requires that students participate in animal laboratories.
>
> The use of live animal laboratories as a teaching method is outmoded,
> expensive, and raises ethical concerns. PCRM advocates state-of-the-art
> alternatives to animal laboratories, such as interactive CD-ROMS, videos=
,
> life-like simulators, and additional or increased clinical experience.
>
> Founded in 1985, PCRM is a national health organization dedicated to pro=
moting
> preventive medicine and higher standards in medical research, education,=
and
> practice.
>
>
> Physicians Committee for Responsible Medicine
> 5100 Wisconsin Ave., Suite 400, Washington, DC 20016
> www.pcrm.org | 202-686-2210 | F: 202-686-2216
>
>

---

- Previous message: [interniche-l] Advice re: National Dissection Statistics
- Next message: [interniche-l] FW: **PCRM** press release: Survey Shows Most **Canadian Universities** No Longer Use ...
- **Messages sorted by:** [ date ] [ thread ] [ subject ] [ author ]

</html