IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MILTON MILLS, M.D., RASHID GHOLSON, HUA-WEI CHERNG, NORMA HUMPHRIES, LYNETTE GARNER, DARRELL BRANSOME, PAUL MILLER, GLENDA COSTNER, SYBIL HAROLD, ELIZABETH RUSSELL, for themselves and on behalf of all other District of Columbia residents similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>GIANT OF MARYLAND, LLC, SAFEWAY INC., HORIZON ORGANIC, DEAN FOODS CO., NESTLE HOLDINGS, INC., FARMLAND DAIRIES, LLC, SHENANDOAH'S PRIDE, LLC, STONYFIELD FARM, INC., CLOVERLAND FARMS DAIRY, INC.,<br><br>Defendants | Case No.: 05-CV-2211 (HHK)<br><br>**DEFENDANTS' NOTICE REGARDING EXHIBIT ATTACHMENTS TO THE DECLARATION OF R. DOUGLAS RHOADS** |

**DEFENDANTS' NOTICE REGARDING EXHIBIT ATTACHMENTS TO THE
DECLARATION OF R. DOUGLAS RHOADS**

Exhibits H, K, and L to the Declaration of R. Douglas Rhoads, which declaration is an exhibit to Defendants' Memorandum in Support of their Motion to Dismiss, are in CD-ROM format only. These exhibits are being maintained in the case file in the Clerk's Office and will be available for public viewing and copying between the hours of 9:00 a.m. to 4:00 p.m., Monday through Friday.

Respectfully Submitted,

[signature]

Steven J. Rosenbaum (D.C. Bar No. 331728)
Derron J. Blakely (D.C. Bar No. 483733)
Nadia I. Shihata (D.C. Bar No. 493448)
COVINGTON & BURLING
1201 Pennsylvania Ave., N.W.
Washington, D.C. 20004
(202) 662-6000

Attorneys for Defendants Giant Of Maryland, LLC, Safeway Inc., Horizon Organic Holding Corporation, Dean Foods Company, Nestle Holdings, Inc., Farmland Dairies, LLC, Shenandoah's Pride, LLC, and Stonyfield Farm, Inc.

DATED: November 21, 2005

## CERTIFICATE OF SERVICE

I, Nadia I. Shihata, hereby certify that on this date I caused true and correct copies of DEFENDANTS' NOTICE REGARDING EXHIBIT ATTACHMENTS to be served via by first class mail, postage prepaid, upon the following individuals:

Bernard J. DiMuro, Esq.
Jonathan R. Mook, Esq.
John M. Tran, Esq.
Hillary J. Collyer, Esq.
DiMuro Ginsberg, P.C.
908 King Street, Suite 200
Alexandria, VA 22314
**Counsel for Plaintiffs**

Daniel Kinburn, Esq.
Karen Williams, Esq.
Physician's Committee for
  Responsible Medicine
5100 Wisconsin Ave., NW
Washington, DC 20016
**Counsel for Plaintiffs**

Geoffrey S. Gavitt, Esq.
Gavitt and Datt, P.C.
15850 Crabbs Branch Way
Suite 180
Rockville, MD 20855-2622
**Counsel for Defendant Cloverland Farms Dairy, Inc.**

Dated: November 21, 2005

_____
Nadia I. Shihata
Covington & Burling
1201 Pennsylvania Ave., NW
Washington, DC 20004
(202) 662-6000