CO-386-online
10/03

# United States District Court
# For the District of Columbia

MILTON MILLS, M.D., et al.           )
                                     )
                                     )
                                     )
               Plaintiff             )    Civil Action No. 05-2211 (HHK)
       vs                            )
                                     )
GIANT OF MARYLAND, LLC, et al.       )
                                     )
                                     )
               Defendant             )

### CERTIFICATE RULE LCvR 7.1

I, the undersigned, counsel of record for  Cloverland Farms Dairy, Inc.   certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of  Cloverland Farms Dairy, Inc.   which have any outstanding securities in the hands of the public:

**NONE**

These representations are made in order that judges of this court may determine the need for recusal.

_____
Attorney of Record

_____
Signature

1997
BAR IDENTIFICATION NO.

Geoffrey S. Gavett
Print Name

15850 Crabbs Branch Way, Suite 180
Address

Rockville, Maryland 20855
City        State        Zip Code

301-948-1177
Phone Number