IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| MILTON MILLS, M.D., RASHID GHOLSON, AUGUSTIN CHERNG, NORMA HUMPHRIES, LYNETTE GARNER, DARRELL BRANSOME, PAULA MILLER, GLENDA COSTNER, SIBYL HAROLD, ELIZABETH RUSSELL, for themselves and on behalf of all other District of Columbia residents similarly situated,<br>　　　　Plaintiffs,<br><br>　　v.<br><br>GIANT OF MARYLAND, LLC, SAFEWAY INC., HORIZON ORGANIC HOLDING CORPORATION, DEAN FOODS CO., NESTLE HOLDINGS, INC., FARMLAND DAIRIES, LLC, SHENANDOAH'S PRIDE, LLC, STONYFIELD FARM, INC., CLOVERLAND FARMS DAIRY, INC.,<br><br>　　　　Defendants. | Case No.: 05-CV-2211 (HHK)<br><br>**CONSENT MOTION FOR EXTENSION OF TIME** |

## CONSENT MOTION FOR EXTENSION OF TIME

Plaintiffs, by and through their counsel, hereby respectfully move this Court on behalf of all parties in the above-captioned matter seeking, for Plaintiffs, a two-week extension of time until December 19, 2005 to file briefs in opposition to Defendants' Giant of Maryland, LLC, Safeway Inc., Horizon Organic Holding Corporation, Dean Foods Company, Nestle Holdings, Inc., Farmland Dairies, LLC, Shenandoah's Pride, LLC and Stonyfield Farm, Inc. Motion to Dismiss and Defendant Cloverland Farms Dairy, Inc's Motion to Dismiss, and, for Defendants, a one-month extension of time until January 13, 2006 to file reply briefs to Plaintiffs' opposition

1

briefs. This motion is made with the consent of counsel for all Defendants. In support of this motion, Plaintiffs state as follows:

1. Plaintiffs filed a complaint in this action on October 6, 2005 on behalf of themselves and all District of Columbia residents who are unaware that they are lactose intolerant and who have had gastrointestinal pain and discomfort after purchasing and consuming milk sold by the nine defendants.

2. In response, Defendant Cloverland Farms Dairy, Inc. filed a Motion to Dismiss on November 21, 2005. The other eight defendants filed a separate motion to dismiss, also on November 21, 2005. Pursuant to Local Civil Rule 7(b) and Federal Rule of Civil Procedure 6(e), Plaintiffs' briefs in opposition are currently due December 5, 2005, 14 days after the date of service of the motions.

3. Due to the host of complex issues and factual assertions raised in the two motions to dismiss filed by Defendants, as well as the previously planned vacations of Plaintiffs' counsel over the Thanksgiving holiday, Plaintiffs request that they be given an additional 14 days until December 19, 2005 to file their briefs in opposition.

4. Mr. Kinburn, counsel for Plaintiffs, discussed this request with Mr. Gavett, counsel for Defendant Cloverland Farms Dairy, Inc. and with Mr. Rosenbaum, counsel for Defendants Giant of Maryland, LLC, Safeway Inc., Horizon Organic Holding Corporation, Dean Foods Company, Nestle Holdings, Inc., Farmland Dairies, LLC, Shenandoah's Pride, LLC and Stonyfield Farm, Inc. Messrs. Gavett and Rosenbaum expressed their agreement with this extension and requested that Defendants, likewise, be granted an extension to respond to Plaintiffs' oppositions. In light of the December holidays, Defense counsel requested that their reply briefs be due on January 13, 2006. Pursuant to Local Civil Rule 7(d) and Federal Rule of

Civil Procedure 6(e), Defendants' reply briefs are currently due December 15, 2005, eight days after the date of service of the opposition briefs.

5.    Oral argument in this case has been set for January 31, 2006.

Wherefore, on behalf of all parties, Plaintiffs request an extension of time until December 19, 2005 for Plaintiffs to file their briefs in opposition to Defendants' Motions to Dismiss, and an extension of time until January 13, 2006 for Defendants to file their reply briefs.

DATED: December 1, 2005

Respectfully submitted,

*[signature]*

Bernard J. DiMuro, Esq. (D.C. Bar #393020)
Jonathan R. Mook, Esq. (D.C. Bar #929406)
John M. Tran, *to be admitted pro hac vice*
Hillary J. Collyer, *admission pending*
DiMuro Ginsberg, P.C.
908 King Street, Suite 200
Alexandria, VA 22314
(703) 684-4333
(703) 548-3181 (fax)

Daniel Kinburn, Esq.
Karen Williams, Esq.
PHYSICIANS COMMITTEE FOR
 RESPONSIBLE MEDICINE
5100 Wisconsin Avenue, N.W.
Washington, D.C. 20016
(202) 686-2210 ext. 308
(202) 686-2155 (fax)

*Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 1st day of December 2005, I delivered by first class mail, postage pre-paid, a true copy of the foregoing to:

> Steven J. Rosenbaum, Esq.
> Derron J. Blakely, Esq.
> Nadia I. Shihata, Esq.
> COVINGTON & BURLING
> 1201 Pennsylvania Avenue, N.W.
> Washington, D.C. 20004
> *Counsel for Defendants Giant of Maryland, LLC, Safeway, Inc., Horizon Organic Holding Corporation, Dean Foods Company, Nestle Holdings, Inc., Farmland Dairies, LLC, Shenandoah's Pride, LLC and Stonyfarm, Inc.*
>
> Geoffrey S. Gavitt, Esq.
> GAVITT AND DATT, P.C.
> 15850 Crabbs Branch Way, Suite 180
> Rockville, Maryland 20855-2622
> *Counsel for Defendant Cloverland Farms Dairy, Inc.*

_____
Bernard J. DiMuro

4