IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| MILTON MILLS, M.D., RASHID GHOLSON, AUGUSTIN CHERNG, NORMA HUMPHRIES, LYNETTE GARNER, DARRELL BRANSOME, PAULA MILLER, GLENDA COSTNER, SIBYL HAROLD, ELIZABETH RUSSELL, for themselves and on behalf of all other District of Columbia residents similarly situated,<br><br>        Plaintiffs,<br><br>v.<br><br>GIANT OF MARYLAND, LLC, SAFEWAY INC., HORIZON ORGANIC HOLDING CORPORATION, DEAN FOODS CO., NESTLE HOLDINGS, INC., FARMLAND DAIRIES, LLC, SHENANDOAH'S PRIDE, LLC, STONYFIELD FARM, INC., CLOVERLAND FARMS DAIRY, INC.,<br><br>        Defendants. | Case No.: 05-CV-2211 (HHK) |

## (PROPOSED) ORDER

Upon consideration of Plaintiffs' Consent Motion for Extension of Time, it is hereby ORDERED that Plaintiffs' motion is granted and that Plaintiffs' briefs in opposition to Defendants' Motions to Dismiss are due on December 19, 2005, and Defendants' briefs in reply are due on January 13, 2006.

                                            Hon. Henry H. Kennedy, Jr.
                                            United States District Court Judge

DATED: _____