## CERTIFICATE OF SERVICE

      I, Nadia I. Shihata, hereby certify that on this date I caused true and correct copies of DEFENDANTS' REPLY MEMORANDUM IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS, to be served via the CM/ECF system (where applicable) and by first class mail, postage prepaid, upon the following individuals:

    Bernard J. DiMuro, Esq.
    Jonathan R. Mook, Esq.
    John M. Tran, Esq.
    Hillary J. Collyer, Esq.
    DiMuro Ginsberg, P.C.
    908 King Street, Suite 200
    Alexandria, VA 22314
    **Counsel for Plaintiffs**

    Daniel Kinburn, Esq.
    Karen Williams, Esq.
    Physician's Committee for
      Responsible Medicine
    5100 Wisconsin Ave., NW
    Washington, DC 20016
    **Counsel for Plaintiffs**

    Geoffrey S. Gavitt, Esq.
    Gavitt and Datt, P.C.
    15850 Crabbs Branch Way
    Suite 180
    Rockville, MD 20855-2622
    **Counsel for Defendant Cloverland Farms Dairy, Inc.**

Dated: January 13, 2006

                                                  /s/ Nadia Shihata
                                                Nadia I. Shihata
                                                Covington & Burling
                                                1201 Pennsylvania Ave., NW
                                                Washington, DC 20004
                                                (202) 662-6000