**CERTIFICATE OF SERVICE**

I, Nadia I. Shihata, hereby certify that on this date I caused true and correct copies of DEFENDANTS' NOTICE OF SUPPLEMENTAL AUTHORITY, to be served via the CM/ECF system (where applicable) and by first class mail, postage prepaid, upon the following individuals:

Bernard J. DiMuro, Esq.
Jonathan R. Mook, Esq.
John M. Tran, Esq.
Hillary J. Collyer, Esq.
DiMuro Ginsberg, P.C.
908 King Street, Suite 200
Alexandria, VA 22314
**Counsel for Plaintiffs**

Daniel Kinburn, Esq.
Karen Williams, Esq.
Physician's Committee for
  Responsible Medicine
5100 Wisconsin Ave., NW
Washington, DC 20016
**Counsel for Plaintiffs**

Geoffrey S. Gavitt, Esq.
Gavitt and Datt, P.C.
15850 Crabbs Branch Way
Suite 180
Rockville, MD 20855-2622
**Counsel for Defendant Cloverland Farms Dairy, Inc.**

Dated: January 25, 2006

/s/ Nadia Shihata
Nadia I. Shihata
Covington & Burling
1201 Pennsylvania Ave., NW
Washington, DC 20004
(202) 662-6000