**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| ————————————————— ) | |
| MILTON MILLS, M.D., RASHID GHOLSON, ) | |
| AUGUSTIN CHERNG, NORMA ) | |
| HUMPHRIES, LYNETTE GARNER, ) | |
| DARRELL BRANSOME, PAULA MILLER, ) | |
| GLENDA COSTNER, SIBYL HAROLD, ) | |
| ELIZABETH RUSSELL, for themselves and on ) | |
| behalf of all other District of Columbia ) | **APPEARANCE** |
| residents similarly situated, ) | |
|           Plaintiffs, ) | |
| ) | Case No.: 05-CV-2211 (HHK) |
|    v. ) | |
| ) | |
| GIANT OF MARYLAND, LLC, SAFEWAY ) | |
| INC., HORIZON ORGANIC HOLDING ) | |
| CORPORATION, DEAN FOODS CO., ) | |
| NESTLE HOLDINGS,INC., FARMLAND ) | |
| DAIRIES, LLC, SHENANDOAH'S PRIDE, ) | |
| LLC, STONYFIELD FARM, INC., ) | |
| CLOVERLAND FARMS DAIRY, INC., ) | |
| ) | |
|        Defendants. ) | |
| ————————————————— ) | |

To the Clerk of this court and all parties of record:

Please enter the appearance of Daniel Kinburn as counsel in this case for: Plaintiffs.

Dated: January 27, 2006              s/ Daniel Kinburn

                                      _____

                                      Daniel Kinburn
                                      PHYSICIANS COMMITTEE FOR
                                        RESPONSIBLE MEDICINE
                                        5100 Wisconsin Avenue, N.W.
                                        Washington, D.C. 20016
                                        (202) 686-2210 ext. 308
                                        (202) 686-2216 (fax)

                                        Attorney for Plaintiffs.