AO 458 (Rev. 11/04 DC)-Appearance

# United States District Court
# For the District of Columbia

MILTON MILLS, M.D., et al.

       Plaintiff(s)  )
)
)
       vs.  )   CASE NUMBER   01:05-cv-2211 (HHK)
GIANT OF MARYLAND, LLC, et al.  )
)
       Defendant(s)  )

**APPEARANCE**

To the Clerk of this court and all parties of record:

Please enter the appearance of __Nadia I. Shihata__ as counsel in this
                                 (Attorney's Name)

case for: Giant Of Maryland, LLC, Safeway Inc., Horizon Organic Holding Corporation, Dean Foods Company, Nestle Holdings, Inc., Farmland Dairies, LLC, Shenandoah's Pride, LLC, and Stonyfield Farm, Inc.
                              (Name of party or parties)

January 31, 2006
Date

/s/ Nadia Shihata
Signature

Nadia I. Shihata
Print Name

DC Bar No. 493448
BAR IDENTIFICATION

1201 Pennsylvania Ave., NW
Address

Washington, DC 20004
City    State    Zip Code

202-662-5585
Phone Number