**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| |
|---|
| **MILTON MILLS, M.D., et al.,**<br><br>**Plaintiffs,**<br><br>**v.**<br><br>**GIANT OF MARYLAND, LLC, et al.,**<br><br>**Defendants.** |

**Civil Action  05-02211 (HHK)**

**JUDGMENT**

Pursuant to Fed. R. Civ. P. 58 and for the reasons stated by the court in its memorandum docketed this same day, it is this 2nd day of August, 2006, hereby

**ORDERED** and **ADJUDGED** that judgment is entered in favor of the defendants.


Henry H. Kennedy, Jr.
United States District Court