UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MILTON MILLS, M.D., RASHID GHOLSON, HUA-WEI CHERNG, NORMA HUMPHRIES, LYNETTE GARNER, DARRELL BRANSOME, PAUL MILLER, GLENDA COSTNER, SYBIL HAROLD, ELIZABETH RUSSELL, for themselves and on behalf of all other District of Columbia residents similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>GIANT OF MARYLAND, LLC, SAFEWAY INC., HORIZON ORGANIC, DEAN FOODS CO., NESTLE HOLDINGS, INC., FARMLAND DAIRIES, LLC, SHENANDOAH'S PRIDE, LLC, STONYFIELD FARM, INC., CLOVERLAND FARMS DAIRY, INC.,<br><br>Defendants. | Civil Action No. 05-02211 (HHK) |

### NOTICE OF APPEAL TO THE UNITED STATES COURT OF APPEALS FOR THE DISTRICT OF COLUMBIA

NOTICE IS HEREBY GIVEN that Milton Mills, M.D., Rashid Gholson, Hua-Wei Cherng, Norma Humphries, Lynette Garner, Darrell Bransome, Paul Miller, Glenda Costner, Sybil Harold, and Elizabeth Russell, for themselves and on behalf of all District of Columbia residents similarly situated, Plaintiffs in the above named case, hereby appeal to the United States Court of Appeals for the District of Columbia from the Memorandum Opinion and Order, dated and filed August 2, 2006, entering final Judgment in favor of the Defendants. *See* Fed. R. Civ. P. 58.

Respectfully submitted,

/s/ Bernard J. DiMuro

Bernard J. DiMuro, Esq. (D.C. Bar #393020)
John M. Tran, Esq. (Bar # MD13616)
DiMuro Ginsberg, P.C.
908 King Street, Suite 200
Alexandria, VA 22314
(703) 684-4333
(703) 548-3181 (fax)

Daniel Kinburn, Esq.
PHYSICIANS COMMITTEE FOR
 RESPONSIBLE MEDICINE
5100 Wisconsin Avenue, N.W.
Washington, D.C. 20016
(202) 686-2210 ext. 308
(202) 686-2155 (fax)

*Counsel for Plaintiffs*

**CLERK:**   Please mail copies of the above Notice of Appeal to the following at the addresses indicated:

Steven J. Rosenbaum, Esq.
Derron J. Blakely, Esq.
Nadia I. Shihata, Esq.
COVINGTON & BURLING
1201 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
*Counsel for Defendants Giant of Maryland, LLC, Safeway, Inc., Horizon Organic Holding Corporation, Dean Foods Company, Nestle Holdings, Inc., Farmland Dairies, LLC, Shenandoah's Pride, LLC and Stonyfarm, Inc.*

Geoffrey S. Gavitt, Esq.
GAVITT AND DATT, P.C.
15850 Crabbs Branch Way, Suite 180
Rockville, Maryland 20855-2622
*Counsel for Defendant Cloverland Farms Dairy, Inc.*