## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MILTON MILLS, M.D., RASHID GHOLSON, HUA-WEI CHERNG, NORMA HUMPHRIES, LYNETTE GARNER, DARRELL BRANSOME, PAUL MILLER, GLENDA COSTNER, SYBIL HAROLD, ELIZABETH RUSSELL, for themselves and on behalf of all other District of Columbia residents similarly situated,<br><br>      **Plaintiffs,**<br><br>vs.<br><br>GIANT OF MARYLAND, LLC, SAFEWAY INC., HORIZON ORGANIC, DEAN FOODS CO., NESTLE HOLDINGS, INC., FARMLAND DAIRIES, LLC, SHENANDOAH'S PRIDE, LLC, STONYFIELD FARM, INC., CLOVERLAND FARMS DAIRY, INC.,<br><br>      **Defendants.** | Civil Action No. 05-02211 (HHK) |

### CERTIFICATE OF ORDER FOR TRANSCRIPT

Pursuant to Rule 10(b)(1) of the Federal Rules of Appellate Procedure, plaintiffs Milton Mills, M.D. *et. al.,* by and through counsel, hereby certifies that all necessary transcripts for the appeal of this cause will be ordered upon return of the court reporter; namely the transcripts of the hearings on January 31, 2006. *See,* Exhibit #1.

                                                              Respectfully submitted,

                                                              /s/ Bernard J. DiMuro
                                                              Bernard J. DiMuro (D.C. Bar #393020)
                                                              John M. Tran (D.C. Bar # MD13616)
                                                              **DIMUROGINSBERG**, **P.C.**
                                                              908 King Street, Suite 200
                                                              Alexandria, Virginia 22314

(703) 684-4333
(703) 548-3181 (Facsimile)

Daniel Kinburn, Esq.
PHYSICIANS COMMITTEE FOR
 RESPONSIBLE MEDICINE
5100 Wisconsin Avenue, N.W.
Washington, D.C. 20016
(202) 686-2210 ext. 308
(202) 686-2155 (fax)

*Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that a true and accurate copy of the foregoing was sent by first class mail, postage prepaid this 12th day of September, 2006 to:

Steven J. Rosenbaum, Esq.
Derron J. Blakely, Esq.
Nadia I. Shihata, Esq.
COVINGTON & BURLING
1201 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
*Counsel for Defendants Giant of Maryland, LLC, Safeway, Inc., Horizon Organic Holding Corporation, Dean Foods Company, Nestle Holdings, Inc., Farmland Dairies, LLC, Shenandoah's Pride, LLC and Stonyfarm, Inc.*

Geoffrey S. Gavitt, Esq.
GAVITT AND DATT, P.C.
15850 Crabbs Branch Way, Suite 180
Rockville, Maryland 20855-2622
*Counsel for Defendant Cloverland Farms Dairy, Inc.*

/s/ Bernard J. Dimuro
Bernard J. DiMuro