

# DiMuroGinsberg pc
ATTORNEYS AT LAW

BERNARD J DIMURO
NINA J GINSBERG
JONATHAN R MOOK
JOHN M TRAN
MICHAEL E BARNSBACK
HILLARY J COLLYER
JENNIFER S KESSLER
STEPHEN J STINE

MICHAEL S LIEBERMAN,
OF COUNSEL

September 11, 2006

**Via First-Class Mail**
Annie Shaw,
Court Reporter to Judge Kennedy
U.S. District Court for the District of Columbia
333 Constitution Ave., NW
Washington, D.C. 20001

    Re:    Transcript Order in case styled
               *Milton Mills, M.D., et. al. v. Giant of Maryland, LLC., et. al.*
               Civil Action No. 05-02211 (HHK)

Dear Ms. Shaw:

    I am writing to order a transcript of the proceedings in the above-referenced case which took place on January 31, 2006 (i.e. hearing on defendants' motion to dismiss).

    Please be advised that my office has been trying to reach you for sometime at the phone number listed on the court's website, i.e. (202) 273-0483. We just learned today that you have a new number. You might want to see that your information on the website is updated.

    I understand that you are currently out of the office on vacation. Please confirm receipt of this transcript order upon your return. If you have any questions, feel free to contact me at (703) 684-4333. Thank you in advance for your assistance.

Very truly yours,

*Hillary J Collyer*

Hillary J. Collyer

cc:    John M. Tran, Esq.
       Claire Gregory, Esq.

908 KING STREET, SUITE 200
ALEXANDRIA, VIRGINIA 22314

TEL: 703 684 4333   FAX: 703 548 3181   WEB: WWW.DIMURO.COM