# United States Court of Appeals
## FOR THE DISTRICT OF COLUMBIA CIRCUIT

No. 06-7148

September Term, 2007

MILTON MILLS, M.D., ET AL.,
APPELLANTS

v.

GIANT OF MARYLAND, LLC, ET AL.,
APPELLEES



UNITED STATES COURT OF APPEALS
FOR DISTRICT OF COLUMBIA CIRCUIT

FILED NOV 1 6 2007

CLERK

Appeal from the United States District Court
for the District of Columbia
(No. 05cv02211)

Before: GARLAND and KAVANAUGH, *Circuit Judges*, and SILBERMAN, *Senior Circuit Judge*.

## JUDGMENT

This cause came on to be heard on the record on appeal from the United States District Court for the District of Columbia and was argued by counsel. On consideration thereof, it is

**ORDERED** and **ADJUDGED** that the judgment of the District Court appealed from in this cause is hereby affirmed, in accordance with the opinion of the court filed herein this date.

### Per Curiam

MANDATE

Pursuant to the provisions of Fed. R. App. Pro. 41(a)

ISSUED:

BY:

ATTACHED: ___ Amending Order
___ Opinion
___ Order on Costs

FOR THE COURT:
Mark J. Langer, Clerk

BY:

Michael C. McGrail
Deputy Clerk

Date: November 16, 2007

Opinion for the court filed by Circuit Judge Kavanaugh.

A True copy:

United States Court of Appeals
for the District of Columbia Circuit

By: _____ Deputy Clerk